```
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT
      IN AND FOR THE SOUTHERN DISTRICT OF TEXAS        FEB 1 9 2003
                  BROWNSVILLE DIVISION
                                                        Michael N. Milby
                                                         Clerk of Court
```

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. | § | |

### PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

In accordance with item two of this Honorable Court's order, Plaintiff certifies that she is unaware at this time of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the above-styled and numbered litigation other than Plaintiff VIRGINIA CLIVE, Plaintiff's counsel, and Defendant WAL-MART STORES, INC.

Dated: 02-19-03

                                                   Respectfully submitted,

                                                 **LAW OFFICES OF FRANK COSTILLA, L.P.**
                                                 5 East Elizabeth Street
                                                 Brownsville, Texas 78520
                                                 Telephone:    (956) 541-4982
                                                 Facsimile:     (956) 544-3152

                                                 _____
                                                 Frank Costilla
                                                 State Bar No. 04856500
                                                 Federal ID No. 1509

                                                 **ATTORNEY FOR PLAINTIFF**