IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINIA CLIVE | § § § § § | |
| vs. | | CIVIL ACTION NO. B-03-033 |
| WAL-MART STORES, INC. | | |

### DEFENDANT WAL-MART STORES, INC.'S
### REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **WAL-MART STORES, INC.**, hereby demands trial by jury in this action.

DATED:   February 24, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Telephone: 956/ 428-4544
Facsimile: 956/ 428-4880

_____
Jaime A. Drabek
Fed. ID. No. 8643
SBOT No. 06102410

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _____24th_____ day of February, 2003, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Frank Costilla                     **CMRRR# *7001-1940-0003-1459-9980***
**Law Offices of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

Jaime A. Drabek