United States District Court
Southern District of Texas
FILED

APR 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. | § | |

## DEFENDANTS' MOTION FOR PHYSICAL EXAMINATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WAL-MART STORES, INC.**, Defendant in the above entitled and numbered cause and by and through their attorney, JAIME A. DRABEK, attorney of record, and respectfully moves this Court Order that the Plaintiff, **VIRGINIA CLIVE**, submit to a physical examination, by DR. WILLIAM TURPIN out of Austin, Texas, at a mutually agreed location, time and date, including, or together with, all medical records and/or x-rays taken from her medical providers and such other tests and procedures as the examiner may deem useful in ascertaining the nature and extent of said condition. Said Motion is based on the grounds that good cause exists because the person to be examined is the Plaintiff in this suit; that the physical condition of said Plaintiff is a material issue in this case and is in controversy; and that the Defendant cannot adequately and safely prepare for and proceed to trial on the issues in this action without medical information relating to the Plaintiff's present and future condition.

WHEREFORE, PREMISES CONSIDERED, Defendant has shown good cause for Plaintiff's submission to a physical examination. Defendant prays that **VIRGINIA CLIVE**,

1