United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. | | |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PHYSICAL EXAMINATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VIRGINIA CLIVE, Plaintiff in the above-entitled and numbered cause of action and files this her Plaintiff's Objection to Defendant's Motion for Physical Examination and would respectfully show unto the Court the following:

1. Defendant filed its Motion for Physical Examination on or about April 21, 2003, and requested that Plaintiff submit to a physical examination by Dr. William R. Turpin out of Austin, Texas.

2. Plaintiff objects to a physical examination by Defendant's requested physician because Dr. Turpin will have an inherent conflict of interest inasmuch as he will be both hired and paid for his services by Defendant, yet will be expected to otherwise provide an "independent" medical examination. Because of this conflict, Dr. Turpin cannot be expected to provide an objective diagnosis of Plaintiff's injuries.

3. To the extent Dr. Turpin will be used to provide expert testimony in the case, Plaintiff further objects to a physical examination by this doctor because he has not been identified as an expert in the present case.

4. Plaintiff further objects to an examination by Dr. Turpin for the reason that Defendant has

access to Plaintiff's medical records which provide the same information which Defendant seeks.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that her Objection to a physical examination with Dr. William R. Turpin be sustained and that Plaintiff have such other and further relief to which she may show herself justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:    (956) 544-3152

_____
**Frank Costilla**
Federal ID No. 1509
State Bar No. 04856500
**Alejandro J. Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On this the 12th day of May, 2003, a true and correct copy of the above and foregoing document was sent to opposing counsel, as indicated below:

Mr. Jaime Drabek                                      Via **CM/RRR #7002 1000 0004 8976 0260**
The Law Firm of Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, TX 78550

_____
Alejandro J. Garcia

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PHYSICAL EXAMINATION                                      Page 2