United States District Court
Southern District of Texas
FILED

MAY 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-033 |
| **WAL-MART STORES, INC.** | § | |

## CERTIFICATE OF FINANCIAL INTEREST

1. Plaintiff

   Virginia Clive

2. Defendant

   Wal-Mart Stores, Inc. / Wal-Mart Stores Texas, L.P.

DATED: May __21__, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/ 428-4544 Telephone
95/ 428-4880 Facsimile

_____
JAIME A. DRABEK
Fed. I.D. No. 8643
SBOT: 06102410
*Counsel for Defendant, Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the ___21st___ day of May, 2003, to-wit:

Mr. Frank Costilla                                                       *Via Fax No. 956/ 544-3152*
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520


_____
Jaime A. Drabek

| | |
|---|---|
| THE STATE OF TEXAS | § § § |
| COUNTY OF CAMERON | |

COMES NOW **JAIME A. DRABEK**, attorney of record for the Defendant, **Wal-Mart Stores, Inc.** in the above entitled and numbered cause, who, under oath, states that the persons and entities contained in the above Certificate of Financial Interest is to his knowledge at this time the only financially interested persons.

_____
Jaime A. Drabek

SWORN AND SUBSCRIBED TO BEFORE ME on this the 21st day of May, 2003, to certify which, witness my hand and seal of office.



_____
Eva R. Longoria
Notary Public -- State of Texas
My Commission Expires: 5-1-2007