*10*

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-03-033          DATE & TIME 5/30/03 @ 9:44 - 10:00 a.m.

COUNSEL:

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | FRANK COSTILLA |
| VS | § | |
| WAL-MART STORES, INC. | § | JAIME DRABEK |

United States District Court
Southern District of Texas
FILED
MAY 3 0 2003
Michael N. Milby
Clerk of Court

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              Salinas

Case called on the docket.

Frank Costilla appeared for Plaintiff. Jaime Drabek appeared for the Deft. Parties announced present & ready.

Court addresses examination issue. After arguments of counsel, Court grants Deft's Motion for physical examination (DE#6).

Following dates are set by the Court:
Docket Call set for 1/8/04 @ 1:30 pm
Jury Selection set for 1/9/04 @ 9:00 am
Joint Pretrial Order is due be 12/19/03
Dispositive Motions filed by 12/1/03
Discovery completed by 12/12/03
Plaintiff's experts named by 9/8/03
Defendant's experts named by 10/6/03

Court is adjourned.