IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR PHYSICAL EXAMINATION

BE IT REMEMBERED that on the 30th day of May, 2003; came on to be heard Defendant, WAL-MART STORES, INC.'s, Motion and Order requiring Plaintiff, **Virginia Clive**, to submit to a physical examination, and it appearing to the Court that the physical condition of the Plaintiff is in controversy in this action, it is, therefore,

ORDERED that Plaintiff, **Virgina Clive**, submit to a general physical examination by DR. WILLIAM TURPIN at a mutually agreed location in the Rio Grande Valley and at a mutually agreed time and date; such examination to include any and all non-invasive tests which are necessary to ascertain the health and physical condition of the Plaintiff and are ordinarily deemed a part of a general physical examination. It is further,

ORDERED that Plaintiff, **Virgina Clive**, submit to any non-invasive tests and x-ray examination and the taking of such films as the said doctor deems advisable and necessary in making a proper diagnosis of Plaintiff's condition and concerning the allegations of Plaintiff's complaints as to the nature and extent of her injuries. Copies of any x-rays taken or any test results shall be made available to Plaintiff's counsel. It is further,

ORDERED that the Plaintiff **Virgina Clive** bring with her all x-rays in her possession taken

with reference to the above lawsuit. These x-rays are to be returned to Plaintiff when the examination has concluded, although Defendant may make copies if needed and then return the originals to the Plaintiff. It is further,

ORDERED that the Plaintiff at the time of such examination answer all proper questions and inquiries submitted to her by the said doctor, including the occupational, prior and subsequent injuries and diseases, for the purpose of making a proper diagnosis of the Plaintiff's condition. It is further ORDERED that the Defendant bear the costs of the examination.

SIGNED this 30th day of May, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge