IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. | § | |

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.      ☐Bench   ■Jury

2. New parties must be joined by:      __None__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __September 8, 2003__

4. The defendant's experts must be named with a report furnished by:   __October 6, 2003__

5. Discovery must be completed by:   __December 12, 2003__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   __December 1, 2003__

************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:   __December 19, 2003__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   __January 8, 2004__

9. Jury Selection is set for 9:00 a.m. on:   __January 9, 2004__

   The case will remain on standby until tried.

   Parties have agreed to a twelve person jury requiring a vote of 10 jurors for a verdict. Attorneys will do voir dire-each side is permitted one hour.

   Signed this the 2nd day of June, 2003.

   Andrew S. Hanen
   United States District Judge

xc: **ALL COUNSEL OF RECORD**