# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VIRGINIA CLIVE | § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-033 |
| WAL-MART STORES, INC. | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:  **DOCKET CALL & JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| January 8, 2004 @ 1:30 pm<br>January 9, 2004 @ 9:00 am | January 6, 2004 @ 1:30 pm<br>January 8, 2004 @ 9:00 am |

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: September 8, 2003

TO: ALL COUNSEL OF RECORD