United States District Court
Southern District of Texas
FILED

SEP 09 2003

Michael N. Milby
Clerk of Court

THE LAW OFFICES OF

# FRANK COSTILLA, L.P.

**Frank Costilla**
E-Mail: frank@costillalaw.com

**Alejandro J. Garcia**
E-Mail: hondo@costillalaw.com

**5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520**

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

September 9, 2003

Mr. Michael N. Milby
United States District Clerk
600 East Harrison Street, 1st Floor
Brownsville, TX 78520

Re:   Civil Action No. B-03-033; *Virginia Clive vs. Wal-Mart Stores, Inc.*

Dear Mr. Milby:

In connection with the above-styled cause, I enclose for filing an original and one copy of a Rule 6 Agreement dated September 8, 2003.

I am this day forwarding a copy of same to opposing counsel.

Thank you for your prompt attention to this matter.

Sincerely,

LAW OFFICES OF FRANK COSTILLA, L.P.

*[signature]*

Alejandro J. Garcia

AJG/rmg

Enclosures

xc:   Mr. Jaime Drabek                    Via **Regular Mail**

# THE LAW OFFICES OF

# FRANK COSTILLA, L.P.

**Frank Costilla**
E-Mail: frank@costillalaw.com

**Alejandro J. Garcia**
E-Mail: hondo@costillalaw.com

5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

September 8, 2003

Mr. Jaime A. Drabek
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas 78550

*Via Facsimile (956) 428-4880*

Re: Civil Action No. B-03-033; *Virginia Clive vs. Wal-Mart Stores, Inc.*
    **RULE 6 AGREEMENT**

Dear Mr. Drabek:

Thank you for granting us an additional forty-five (45) days extension for our client to designate her experts and produce experts' reports. Accordingly, Plaintiff's designation which was due on September 8, 2003 is now due on October 23, 2003. If this correctly reflects our agreement, please sign below and return to me by fax.

We appreciate your cooperation in this matter.

Sincerely,

LAW OFFICES OF FRANK COSTILLA, L.P.

Alejandro J. Garcia

AJG/rmg

AGREED TO: _____    Date: 9/08/03
Jaime Drabek
Counsel for Defendants