WALMART

CAB-03-33

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/29/03 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Alejandro J. Garcia | Attorney |

United States District Court
Southern District of Texas
FILED
NOV 0 6 2003
Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail, Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/03
            Date

Signature of Server

5 East Elizabeth, Brownsville, TX 78520
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 1000 0004 8976 1236

| | | |
|---|---|---|
| Postage | $ .49¢ | 10/29/03 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Virginia Cline |
| Total Postage & Fees | $ 4.54 | (Pltf's 1st Amd Complaint) |

Sent To: Mr. Jaime Drabek
Street, Apt. No.; or PO Box No. 1720 E. Harrison St.
City, State, ZIP+4 Harlingen, TX 78550

PS Form 3800, April 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jaime A. Drabek
1720 E. Harrison. Ste B
Hgn, TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Roslyn Maty_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 10/33

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7002 1000 0004 8976 1236

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540