# D —THE LAW FIRM OF—
# RABEK & ASSOCIATES

*United States District Court*
*Southern District of Texas*
*FILED*

*NOV 0 7 2003*

*Michael N. Milby*
*Clerk of Court*

Jaime A. Drabek, P.C.

*Attorney At Law*

**Rio Grande Valley Office**

1720 E. Harrison, Ste. B
Harlingen, Texas 78550
956/ 428-4544
956/ 428-4880  (Fax)
Email: drabek.associates@sbcglobal.net

**Shirley Gray**
*Of Counsel*

**Eva Longoria**
**Rosalyn Martinez**
*Legal Assistants*

November 5, 2003

*MAIL*
*United States District Court*
*Southern District of Texas*
*RECEIVED*
*NOV 0 7 2003*
*Michael N. Milby, Clerk*

Mr. Michael N. Milby
**U. S. District Clerk's Office**
Federal Building, Room 1158
600 E. Harrison
Brownsville, Texas   78520

Re:   Civil Action No. __B-03-033__ , *Virginia Clive vs. Wal-Mart Stores, Inc., In the United States District Court For The Southern District of Texas, Brownsville Division;*

Dear Mr. Milby:

Please find enclosed for processing with regard to the above entitled cause of action, the following document:

   1.   **Rule 29 Agreement.**

Please stamp **"FILED"** the extra copy of the first page of this document and return to our office in the enclosed self-addressed, stamped envelope provided for your convenience. By copy hereof, opposing counsel has been provided with a true and correct copy of said document.

Thanking you for your courtesy and assistance in this matter, we remain

Very truly yours,

Jaime A. Drabek

JAD/rm
Enclosure(s): As stated

cc:   Mr. Frank Costilla
      **Law Offices of Frank Costilla, L.P.**
      5 East Elizabeth Street
      Brownsville, Texas 78520

**Via Facsimile: 956/ 544-3152**

# D —THE LAW FIRM OF—
# RABEK & ASSOCIATES

Jaime A. Drabek, P.C.

*Attorney At Law*

**Rio Grande Valley Office**

1720 E. Harrison, Ste. B
Harlingen, Texas 78550
956/ 428-4544
956/ 428-4880 (Fax)
Email: drabek.associates@sbcglobal.net

Shirley Gray
*Of Counsel*

Eva Longoria
Rosalyn Martinez
*Legal Assistants*

November 4, 2003

Mr. Frank Costilla
Law Offices of Frank Costilla, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

**Via Facsimile: 956/ 544-3152**

Re:   *Civil Action No. __B-03-033__, Virginia Clive vs. Wal-Mart Stores, Inc., In the United States District Court For The Southern District of Texas, Brownsville Division.*

## RULE 29 AGREEMENT

Dear Mr. Costilla:

This letter will serve to confirm the conversation between my legal assistant, Rosalyn Martinez and your associate, Hondo, in which you granted Wal-Mart Stores, Inc. an extension to respond to Plaintiffs' Second Set of Requests for Production. Our answers were initially due on Wednesday, November 5, 2003. The extension was granted to Wednesday, November 12, 2003.

If this accurately reflects our initial agreement, please affix your signature below and return to me via fax transmittal so that we may file it with the Court.

Thank you so much for your courtesies in this regard.

Very truly yours,

*Jaime A. Drabek*
Jaime A. Drabek

JAD/rm

Agreed to Rule 29 Agreement (November 12, 2003)

*Frank Costilla*
FRANK COSTILLA