IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

TO THE HONORABLE U.S. DISTRICT COURT:

    NOW COMES PLAINTIFF VIRGINIA CLIVE and respectfully submits Plaintiff's Proposed Voir Dire questions as follows, to-wit:

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas  78520
Telephone     : (956) 541-4982
Facsimile     : (956) 544-3152

_____
**Frank Costilla**
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Federal I.D. No. 30411

Plaintiff's Proposed Voir Dire

## CERTIFICATE OF SERVICE

On this the 19th day of December 2003, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

Mr. Jaime A. Drabek                           Via **CM/RRR # 7003 1010 0003 6965 3015**
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas 78550

_____
Alejandro J. Garcia

Is there anyone on the panel who knows any of the plaintiff's attorneys in the case, Frank Costilla and Alejandro Garcia; and the Defendant's attorney Jaime Drabek?

Is there anyone on the panel who knows the Plaintiff Virginia Clive or her husband Jesse Clive?

Is there anyone on the panel who works for Wal-Mart its affiliate Sam's Club or any other affilitates of Wal-Mart or Sam's?

Is there anyone on the panel who has a family member or a close friend who has been employed or is currently employed for Wal-Mart its affiliate Sam's Club or any other affilitates of Wal-Mart or Sam's?

Is there anyone on the panel or a close family member who has business dealings with Wal-Mart its affiliate Sam's Club or any other affilitates of Wal-Mart or Sam's?

Is there anyone on the panel who works for a retail store such as Target, K-Mart or any type of department store?

This case involves a slip and fall at Wal-Mart in Brownsville, Texas. Is there anyone on the panel who believes that regardless of the circumstances, Wal-Mart should never have any liability if someone falls at one of its stores?

Is there anyone on the panel who believes that a money judgment against Wal-Mart would have some type of negative economic impact or consequence on you personally as a consumer?

Who among you has seen on television, read ads in newspapers, or seen billboards regarding the topic "lawsuit abuse?" If so, how many of you fee that you have been influenced by these advertisements to the degree that they may affect your decision in this case?

Is there anyone on the panel who is affiliated with an organization that promotes tort reform?

Is there anyone on the panel who holds a fundamental belief that lawsuits are an improper way to solve disputes and they should be eliminated all together?

Has anyone on the panel or a close family member been a Defendant in a lawsuit, that is, been sued by another for any reason?

Is there anyone on the panel who owns and/or manages their own business?

Is there anyone on the panel whois presently or has ever been in a managerial or supervisory position with duties which included risk management for a business or corporation?

Is there anyone on the panel who cannot base their verdict solely on the evidence presented in the courtroom in this case?

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## PLAINTIFF'S MEMORANDUM OF LAW

TO THE HONORABLE U.S. DISTRICT COURT:

NOW COMES PLAINTIFF VIRGINIA CLIVE and respectfully submits Plaintiff's Memorandum of Law as follows, to-wit:

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone : (956) 541-4982
Facsimile : (956) 544-3152

_____
**Frank Costilla**
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Federal I.D. No. 30411

## CERTIFICATE OF SERVICE

On this the _19th_ day of December 2003, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

Mr. Jaime A. Drabek                                  Via **CM/RRR # 7003 1010 0003 6965 3015**
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas  78550


_____
Alejandro J. Garcia

MEMORANDUM OF LAW

This is a personal injury case in which the Plaintiff, Virginia Clive, was injured when she slipped and fell on June 8, 2002 while shopping at the Wal-Mart Store located at 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas. Because jurisdiction is based on diversity, application of state law with regard to premises liability and the Plaintiff's business invitee status will be applied. *See Erie R. Co. v. Tompkins*, 304 U.S. 64 (1939).

In the present case, Plaintiff was a business invitee who entered Wal-Mart for the purpose of shopping. Plaintiff's premises liability claim against Wal-Mart requires her to prove the following elements that must be established to show liability: (1) the owner or occupier had actual or constructive knowledge of some condition on the premises; (2) the condition posed an unreasonable risk of harm to invitees; (3) the owner or occupier failed to exercise reasonable care to reduce or eliminate the risk; and (4) the failure to exercise reasonable care was the proximate cause of the plaintiff's injuries. *Motel 6 G.P., Inc. v. Lopez*, 929 S.W.2d 1, 3-4 (Tex. 1996); *Corbin v. Safeway Stores, Inc.*, 648 S.W.2d 292, 296 (Tex. 1983).

The facts of this case as applied to the law is fairly straightforward. Mrs. Clive as a business invitee of Wal-Mart was shopping when she fell on a child's vomit. Wal-Mart had actual knowledge of the dangerous condition and chose to do nothing to eliminate the risk. Mrs. Clive suffered severe and disabling injuries as a proximate result and seeks damages in this case for medical expenses, lost earnings, pain and suffering, mental anguish, physical impairment and disfigurement.