22

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

---

## JOINT PRETRIAL ORDER

---

   The parties to the above cause through their respective counsel of record enter into the following Joint Pretrial Order.

## I.  APPEARANCE OF COUNSEL

**Plaintiff:**
Virginia Clive
Rt. 3, Box 3102
Los Fresnos, Texas 78566
(956) 233-4341

**Counsel for Plaintiff:**
**Frank Costilla**
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Federal I.D. No. 30411
**LAW OFFICE OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520
Telephone     : (956) 541-4982
Facsimile     : (956) 544-3152

**Defendant:**
Wal-Mart Stores, Inc.
and Wal-Mart Stores, Texas, L.P.
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022

**Counsel for Defendants:**
**Jaime A. Drabek**
State Bar No. 06102410
Federal I.D. No. 8643
**THE LAW FIRM OF DRABEK & ASSOCIATES**
1720 East Harrison, Suite B
Harlingen, Texas  78550
Telephone      : (956) 428-4544
Facsimile      : (956) 428-4880

## II.  STATEMENT OF THE CASE

This is a personal injury case in which the Plaintiff, Virginia Clive, claims she was injured when she slipped and fell at the Wal-Mart Store located at 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas.

On June 8, 2002, Mrs. Clive and her husband, Jesse, entered the Defendant Wal-Mart's premises for shopping purposes. As Plaintiff walked toward the front of the store headed toward the restrooms, she slipped and fell on a young child's vomit in front of a cash register.

## III.  JURISDICTION

Jurisdiction and venue are proper in the United District Court of the Southern District of Texas, Brownsville Division.  This Court has subject matter jurisdiction of this case under 28 U.S.C. § 1332 and the matter in controversy exceeds the sum of $75,000.00.  The Court has full and complete jurisdiction of the subject matter and the parties.

## IV.  MOTIONS

The following motions are pending at the time of the pretrial conference:

1.      Plaintiff's Motion in Limine.

2.      Defendant's Motion in Limine.

3.      Defendant's Motion for Leave to File Motion to Exclude Evidence.

4.      Defendant's Motion to Exclude Evidence for Failure to Timely Supplement.

## V.  CONTENTIONS OF THE PARTY

### A.      Contentions of the Plaintiff

1.      On June 8, 2002, during normal business hours, Plaintiff, Virginia Clive, an invitee, was shopping at the Wal-Mart Store located at 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas 78521.  As she proceeded to the restroom, she slipped and fell on a child's vomit.  The vomit on the floor was a dangerous condition and posed an unreasonable risk of harm to Plaintiff.

2.      At all times pertinent to this action, Defendant Wal-Mart Stores Texas, LP was the exclusive owner, lessee,  occupier or possessor of the premises in question.

3.      At all times material herein, Plaintiff was an invitee to whom Defendant owed a duty to use ordinary or reasonable care to protect Plaintiff and others against dangerous conditions on the premises of which Defendant has either actual or constructive knowledge, including the duty to exercise ordinary or reasonable care to protect and safeguard Plaintiff and those similarly situated from unreasonably dangerous conditions on Defendant's premises or to maintain the premises in a reasonably safe condition or inspect the premises to discover the dangerous condition or to warn of hazards.

4.    At all times material herein, all of the agents, servants, and employees for Defendant, who were in any way connected with the occurrence in this suit were acting within the course and scope of their employment or official duties and in furtherance of the duties of their office or employment.

5.    At all times material herein, Defendant, through its agents, servants and employees had actual or constructive knowledge of the vomit on the floor and that there was a likelihood of someone being injured as happened to Plaintiff.

6.    At all times material herein, Defendant, through its agents, servants and employees failed to exercise reasonable care to reduce or eliminate the risk and that Defendant's failure to use such care was a proximate cause of Plaintiff's injuries.

7.    At all times material herein, Defendant, through its agents, servants and employees, did appreciate or in the exercise of reasonable care should have appreciated the full extent of the danger involved.

8.    Plaintiff sustained severe and disabling physical injuries to her back and body generally. Plaintiff's injuries include past and future medical expenses, pain and suffering, mental anguish, physical impairment, disfigurement, and lost wages.

## B.    Contention of the Defendants

1.    Defendant denies that on the occasion in question it failed to exercise ordinary care to protect the Plaintiff.

2.    Defendant denies that on the occasion in question it failed to act reasonably under the circumstances.

3.    The Plaintiff failed to exercise ordinary care for her own safety and that her negligence was a proximate cause of the occurrence in question.

4.    The conduct of third parties over which the Defendant had no control was the proximate cause of the occurrence in question or was the sole cause.

5.    Defendant denies that the Plaintiff was injured to the extent and degree claimed.

6.    Plaintiff had pre-existing medical conditions in her cervical spine that were not caused or aggravated by the fall in question.

7.    Plaintiff's surgical procedure was unnecessary and was not brought about by the fall in question.

8.    Medical expenses incurred beyond the initial treatment at the hospital were neither reasonable nor necessary for the care and treatment of injuries related to the fall in question.

9.    Past lost wages claimed by the Plaintiff beyond the first two (2) days following the incident are not related to the fall or injury in question.

10.    Plaintiff is not entitled to any recovery for loss of future earnings or loss of earning capacity in the future.

## VI.  ADMISSIONS OF FACT

1.    On or about June 8, 2002, Plaintiff, Virginia Clive, was an invitee at Wal-Mart Stores Texas L.P.'s premises located on 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas 78521.  While she was there, Plaintiff fell on some vomit which was on the floor.

2.    On June 8, 2002, Wal-Mart Stores Texas, L.P. owned, controlled, managed and operated the premises located at 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas.

3.    On June 8, 2002, Wal-Mart Stores Texas, L.P. was responsible for maintaining the premises located at 3500 W. FM Road 3248 (Alton Gloor), Brownsville, Cameron County, Texas.

4.    The vomit on the floor posed an unreasonable risk of harm to invitees.

5.      On June 8, 2002, and prior to Mrs. Clive falling, Wal-Mart Stores Texas, L.P. had no warning signs posted in the area where Plaintiff fell.

6.      After Plaintiff fell, she required medical treatment.

7.      Plaintiff is a resident of Cameron County, Texas.

8.      Defendant is a resident of the States of Delaware and Arkansas.

## VII.  CONTESTED ISSUES OF FACT

1.      Whether Wal-Mart Stores Texas, L.P. failed to exercise ordinary care in the exercise of its duty to use reasonable care to protect invitees such as the Plaintiff, and if so, whether such was the proximate cause of Plaintiff's injuries.

2.      Whether Plaintiff fell as a sole result of the vomit in question.

3.      The duration of time that the vomit was on the floor.

4.      Whether another Wal-Mart customer had slipped on the same puddle/pool of vomit minutes prior to Mrs. Clive falling.

5.      Whether other Wal-Mart employees, aside from the cashier Gisela Torres, had actual knowledge of the vomit on the floor and took action to guard the spill and/or reduce the risk it posed.

6.      Whether Plaintiff has sustained the damages she seeks.

7.      Whether Defendant gave Plaintiff a warning.

8.      Whether Plaintiff's injuries and damages were a result of a pre-existing condition.

9.      Whether Plaintiff was contributorily negligent.

10.     Whether Plaintiff's injuries and damages were caused by third parties beyond the control of the Defendant.

## VIII.  AGREED PROPOSITIONS OF LAW

The parties agree:

1.      This Court has jurisdiction to hear this case;

2.      The state law of premises liability and business invitee and damages will control;

3.      The burden of proof is on the Plaintiff to prove her case by a preponderance of the evidence;

4.      Plaintiff must prove that Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores, Texas, L.P., were negligent and that such negligence proximately caused the injuries and damages sustained by Plaintiff.

5.      The burden of proof is on the Defendant to show that Plaintiff was negligent.

6.      The burden of proof is on the Defendant to show that third parties conduct was negligent and the proximate cause of the occurrence in question.

## IX.  CONTESTED PROPOSITIONS OF LAW

None.

## X.  EXHIBITS

Plaintiff's Exhibit List is attached hereto as Attachment "A".

Defendants' Exhibit List is attached hereto as Attachment "C".

## XI.  WITNESSES

Plaintiff's Witness List is attached hereto as Attachment "B".

Defendants' Witness List is attached hereto as Attachment "D".

## XII.  SETTLEMENT

All settlement efforts have <u>not</u> been exhausted.  The parties have agreed to mediate this case prior to trial.  Mediation is set for January 5, 2004.  The mediator will be Leo Salzman.

## XIII.  TRIAL

Probable length of trial is expected to last four (4) days and the parties do not anticipate any logistical problems.

## XIV.  ATTACHMENTS

Attachment A:      Plaintiffs's Exhibit List

Attachment B:      Plaintiff's Witness List

Attachment C:      Defendants' Exhibit List

Attachment D:      Defendants' Witness List


Date: _____       _____
                              UNITED STATED DISTRICT JUDGE

APPROVED:

Date: 2-19-03        _____
                     FRANK COSTILLA
                     Attorney-In-Charge for Plaintiff


Date: 12-19-03       _____
                     JAIME A. DRABEK
                     Attorney-In-Charge for Defendant

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

## EXHIBIT "A"

| UNITED STATES DISTRICT COURT ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| | BROWNSVILLE DIVISION |

| Virginia Clive | CASE NO.  B-03-033 |
|---|---|
| *versus* | |
| Wal-Mart Stores, Inc.<br>Wal-Mart Stores, Texas, L.P. | **Exhibit List** |
| Judge Andrew S. Hanen | Case Manager:  Irma Soto<br>Court Reporter:  Barbara Barnard |
| List of Plaintiff | Proceeding Date:  _____, 2003 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1-4 | Photographs of Virginia Clive | | |
| 5 | Customer statement dated 6-8-02 | | |
| 6 | Virginia Clive's Shoes worn at the time of the incident | | |
| 7 | Correspondence from Daniel Rincon, Director for Fiesta Adult Day Care Center, dated 02/20/2003 | | |
| 8 | Income Tax Return for 2001 | | |
| 9 | Income Tax Return and W-2 for 2000 | | |
| 10 | Income Tax Return for 1999 | | |
| 11 | Income Tax Return for 1998 | | |
| 12 | W-2 Wage and Tax Statement for 2002 on Virginia Clive | | |
| 13 | Wal-Mart's Surveillance Video | | |
| 14 | Hand-written statement from Gisela Torres dated 6-8-02 | | |
| 15 | Wal-Mart Store's Floor Plan | | |
| 16 | Wal-Mart's Customer Incident Report (Claim #L2770690) | | |
| 17 | Wal-Mart Stores Texas, LP Master Retail Store Lease (WMRT 0002502 - WRMT 0002516) | | |
| 18-21 | Wal-Mart's Photographs (4) | | |
| 21a | Wal-Mart's Associate Handbook | | |
| 22 | Wal-Mart's Customer Safety - CBL Module | | |
| 23 | Wal-Mart's CMI Customer Incident Photo Sheet | | |

| 24 | Wal-Mart's CMI Customer Statement | | |
|----|-----------------------------------|--|--|
| 25 | Wal-Mart's Personnel Guide - Customer Incidents | | |
| 26 | Wal-Mart's Safety Sweep Guidelines | | |
| 27 | Wal-Mart's Day Maintenance Associate Job Description | | |
| 28 | Wal-Mart's Night Maintenance Associate Job Description | | |
| 29 | Wal-Mart's Customer Safety Lesson | | |
| 30 | Wal-Mart's Maintenance Manual | | |
| 31 | Wal-Mart's Safety Sweep Program | | |
| 32 | Wal-Mart's Customer Injury Policy | | |
| 33 | Wal-Mart's Store Housekeeping Policy | | |
| 34 | Wal-Mart's Emergency Codes & Procedures - Customer Injury | | |
| 35 | Wal-Mart's 1997 Risk Management Resource Manual | | |
| 36 | Wal-Mart's 1995 Risk Management Team Leader's Guide | | |
| 37 | Wal-Mart's 1997 Risk Management Team Leader's Guide | | |
| 38 | Wal-Mart's 1998 Risk Management Team Leader's Guide | | |
| 39 | Wal-Mart's Slip/Trip/Fall Solutions | | |
| 40 | The Wal-Mart Maintenance Program Video | | |
| 41 | National Vital Statistics Reports, United States Life Tables, 1999, Volume 50, Number 6, Table 6 | | |

| | | | |
|---|---|---|---|
| 42-63 | Medical and Financial Records Binder on Virginia Clive:<br>- City of Brownsville<br>- Valley Regional Medical Center (medical)<br>- Valley Regional Medical Center (financial)<br>- Dr. Sundeep Reddy/Dr. Lorenzo Pelly<br>- Coastal Radiology Consultants, P.A.<br>- Royal Lea, M.D.<br>- Brownsville Open MRI<br>- Jose G. Dones, M.D.<br>- Alejandro J. Betancourt, M.D.<br>- Harlingen Spine and Neurological Surgical Institute<br>- Valley Baptist Medical Center (medical)<br>- Valley Baptist Medical Center (financial)<br>- Valley Radiologists<br>- Harlingen Anesthesia Associates, Inc.<br>- Central Imaging<br>- George Broughton, II, M.D.<br>- Pisharodi Clinic<br>- APC Home Health Service, Inc. (medical)<br>- APC Home Health Service, Inc. (financial)<br>- Imperial Physical Therapy<br>- Jose Kuri, M.D.<br>- Pathology Laboratory | | |
| 64-67 | X-Ray positive proofs (4) | | |
| 68 | Deposition of Virginia Clive | | |
| 68a | Videotape of Virginia Clive | | |
| 69 | Deposition of Melissa Cuevas | | |
| 69a | Videotape of Melissa Cuevas | | |
| 70 | Deposition of Jorge Montiel | | |
| 70a | Videotape of Jorge Montiel | | |
| 71 | Deposition of Hector Hugo Almanza | | |
| 71a | Videotape of Hector Hugo Almanza | | |
| 72 | Deposition of Gisela Torres | | |
| 72a | Videotape of Gisela Torres | | |
| 73 | Deposition of Esmeralda Cantu | | |
| 73a | Videotape of Esmeralda Cantu | | |
| 74 | Deposition of Cesar S. Trevino | | |
| 74a | Videotape of Cesar S. Trevino | | |
| 75 | Deposition of Alejandro J. Betancourt, M.D., P.A. | | |
| 75a | Videotape of Alejandro J. Betancourt, M.D., P.A. | | |
| 75b | Curriculum Vitae of Alejandro J. Betancourt, M.D., P.A. | | |

| 76 | Curriculum Vitae of H. Harvey Cohen, Ph.D., CPE. | | |
|----|----|----|----|
| 76a | Report of H. Harvey Cohen, Ph.D., CPE. | | |
| 77 | Curriculum Vitae of William R. Turpin, M.D., P.A. | | |
| 77a | Report of William R. Turpin, M.D., P.A. | | |
| 78 | Plaintiff's Rule 26(a) Initial Disclosures | | |
| 79 | Plaintiff's First Supplemental Rule 26(a) Initial Disclosures | | |
| 80 | Plaintiff's Second Supplemental Rule 26(a) Initial Disclosures | | |
| 81 | Plaintiff's Third Supplemental Rule 26(a) Initial Disclosures | | |
| 82 | Plaintiff's Fourth Supplemental Rule 26(a) Initial Disclosures | | |
| 83 | Plaintiff's Answers and Responses to Defendant's First Set of Interrogatories and Request for Production | | |
| 84 | Plaintiff's First Supplemental Answers and Responses to Defendant's First Set of Interrogatories and Request for Production | | |
| 85 | Plaintiff's Second Supplemental Answers and Responses to Defendant's First Set of Interrogatories and Request for Production | | |
| 86 | Plaintiff's Third Supplemental Answers and Responses to Defendant's First Set of Interrogatories and Request for Production | | |
| 87 | Plaintiff's Fourth Supplemental Answers and Responses to Defendant's First Set of Interrogatories | | |
| 88 | Defendants' Rule 26(a) Disclosures | | |
| 89 | Defendants' Supplemental Rule 26(a) Disclosures | | |
| 90 | Defendants' Second Supplement to Rule 26(a) Disclosures | | |
| 91 | Defendants' Third Supplement to Rule 26(a0 Disclosures | | |
| 92 | Defendants' Fourth Supplement to Rule 26(a) Disclosures | | |
| 93 | Defendants' Answers, Responses and/or Objections to Plaintiff's First Set of Interrogatories and Requests for Production | | |
| 94 | Defendants' Responses and/or Objections to Plaintiff's First Request for Admissions | | |
| 95 | Defendants' First Supplemental Responses to Plaintiff's First Request for Production | | |
| 96 | Defendants' Second Supplemental Responses to Plaintiff's First Requests for Production | | |
| 97 | Defendants' Responses and/or Objections to Plaintiff's Second Set of Requests for Production | | |
| 98 | Employment Records from Fiesta Adult Day Care on Virginia Clive | | |

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

---

# EXHIBIT "B"

---

| UNITED STATES DISTRICT COURT ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| | BROWNSVILLE DIVISION |

| Virginia Clive<br><br>*versus*<br><br>Wal-Mart Stores, Inc. and<br>Wal-Mar Stores, Texas, L.P. | CASE NO. B-03-033 |
|---|---|
| | **Witness List** |
| Judge Andrew S. Hanen | Case Manager: Irma Soto<br>Court Reporter: Barbara Barnard |
| List of Plaintiff | Proceeding Date: _____, 2003 |

1. **Hector Almanza**
   Wal-Mart Store #456
   3500 West FM 3248
   Brownsville, Texas 78521
   (956) 350-2022
   Employee; May have knowledge regarding incident, injuries and facts of this case.

2. **Jose Caliz**
   Maintenance
   Wal-Mart Store #456
   3500 West FM 3248
   Brownsville, Texas 78521
   (956) 350-2022
   Defendant's employee, and worked from 11:00 p.m. to 3:00 p.m. on th day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

3. **Esmeralda Cantu**
   1752 Coolidge Street
   Brownsville, Texas 78521
   (956) 542-0766
   Witness; May have knowledge regarding incident, injuries and facts of this case.

4.      **Rosie Carranza**
        Guest - Risk Control Team
        Risk Control Team
        Wal-Mart Store #456
        3500 West FM 3248
        Brownsville, Texas 78521
        (956) 350-2022
        Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
        June 11, 2002 as a guest.

5.      **Jesse Clive**
        Rt. 3, Box 3102
        Los Fresnos, Texas 78566
        (956) 233-4341
        Plaintiff's husband, has knowledge of the incident, injuries and facts of this case.

6.      **Mark A. Clive**
        Rt. 3, Box 3102
        Los Fresnos, Texas 78566
        Plaintiff's son; May have knowledge regarding incident, injuries and facts of this case.

7.      **Virginia Clive**
        Rt. 3, Box 3102
        Los Fresnos, Texas 78566
        (956) 233-4341
        Plaintiff, has knowledge of the incident, injuries and facts of this case.

8.      **Dr. H. Harvey Cohen**
        Error Analysis, Inc.
        5811 Amaya Drive, Suite 205
        La Mesa, CA 91942-4156
        (619) 464-4427
        Plaintiff's expert witness

9.      **Melissa Cuevas**
        2252 East Polk Street
        Brownsville, Texas 78520
        (956) 541-6550
        Witness; May have knowledge regarding incident, injuries and facts of this case.

**Witness List**                                                                              **Page 2**

10.   **Ester Davila**
      Risk Control Team/Dept. 20
      Wal-Mart Store #456
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
      June 11, 2002.

11.   **Cesar Trevino Esparza**
      37 Alan-A-Dale
      Brownsville, Texas 78521
      (956) 542-5056
      Witness; May have knowledge regarding incident, injuries and facts of this case.

12.   **Damian Espinosa**
      Guest - Risk Control Team
      Risk Control Team
      Wal-Mart Store #456
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
      June 11, 2002 as a guest.

13.   **Guadalupe Espinoza**
      Maintenance
      Wal-Mart Store #456
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant's employee, and worked from 6:00 a.m. to 3:00 p.m. on the day of the incident
      in question; May have knowledge regarding incident, injuries and facts of this case.

14.   **Fiesta Adult Day Care**
      and **Daniel Rincon**, Custodian of Records
      6466 S. Padre Island Hwy.
      Brownsville, Texas 78521
      (956) 831-3250
      Plaintiff's employer; May have knowledge regarding incident, injuries and facts of this case,
      and custodian of records has knowledge of Plaintiff's employment records.

15.    **Misael Garcia**
       Risk Control Team/Dep. 16
       Wal-Mart Store #456
       3500 West FM 3248
       Brownsville, Texas 78521
       (956) 350-2022
       Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
       June 11, 2002.

16.    **Norma Garcia**
       Risk Control Team/Dept. 82
       Wal-Mart Store #456
       3500 West FM 3248
       Brownsville, Texas 78521
       (956) 350-2022
       Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
       June 11, 2002.

17.    **Terry Garcia**
       Risk Control Team/Dept. 26
       Wal-Mart Store #456
       3500 West FM 3248
       Brownsville, Texas 78521
       (956) 350-2022
       Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
       June 11, 2002.

18.    **Deana Gonzales**
       Risk Control Team/Dept. 10
       Wal-Mart Store #456
       3500 West FM 3248
       Brownsville, Texas 78521
       (956) 350-2022
       Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
       June 11, 2002.

19.    **Lupita Guerra**
       Guest - Risk Control Team
       Risk Control Team
       Wal-Mart Store #456
       3500 West FM 3248
       Brownsville, Texas 78521
       (956) 350-2022
       Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
       June 11, 2002.

20.  **Maria De Jesus Lambarri**
Brownsville Country Club
105 Navarra
Brownsville, Texas 78526
(956) 986-0590
Witness; May have knowledge regarding incident, injuries and facts of this case.

21.  **Molly Lopez**
Risk Control Team/Risk Control Team Leader
Wal-Mart Store #456
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022
Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
June 11, 2002.

22.  **Aeropajita Mata**
Cashier
Wal-Mart Store #456
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022
Defendant's employee, and was working on Register #12 on the day of the incident in
question; May have knowledge regarding incident, injuries and facts of this case.

23.  **Jorge Montiel**
Store Manager
Wal-Mart Store #456
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022
Defendant's employee; Has knowledge of Defendant's policies and procedures.

24.  **Jorge Montiel**
Guest - Risk Control Team
Risk Control Team
Wal-Mart Store #456
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022
Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
June 11, 2002 as a guest.

25. **Brenda Ortiz**
    Risk Control Team/Claims
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

26. **Carlos Ortiz**
    Risk Control Team/Management Sponsor
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

27. **Carlos Ortiz**
    Risk Control Team/Dept. 5
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

28. **Juanita Ramirez**
    11 Avalon
    Brownsville, Texas
    (956) 546-3924
    Friend; May have knowledge regarding incident, injuries and facts of this case.

29. **Irma Rangel**
    Maintenance
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and worked from 6:00 a.m. to 3:00 p.m. on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

30.     **Dean Saccar**
        Risk Control Team/Dept. 10
        Wal-Mart Store #456
        3500 West FM 3248
        Brownsville, Texas 78521
        (956) 350-2022
        Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
        June 11, 2002.

31.     **Joe Salinas**
        Address unknown
        Brownsville, Texas
        (956) 541-2157
        Witness; May have knowledge regarding incident, injuries and facts of this case.

32.     **Andrea Sanchez**
        Cashier
        Wal-Mart Store #456
        3500 West FM 3248
        Brownsville, Texas 78521
        (956) 350-2022
        Defendant's employee, and was working on Register #9 on the day of the incident in
        question; May have knowledge regarding incident, injuries and facts of this case.

33.     **Veronica Tapia**
        Risk Control Team/Dept. 26
        Wal-Mart Store #456
        3500 West FM 3248
        Brownsville, Texas 78521
        (956) 350-2022
        Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
        June 11, 2002.

34.     **Gisela Torres**
        Cashier
        Wal-Mart Store #456
        3500 West FM 3248
        Brownsville, Texas 78521
        (956) 350-2022
        Defendant's employee, and was working on Register #10 on the day of the incident in
        question; May have knowledge regarding incident, injuries and facts of this case.

35.   **Dr. William Richmond Turpin**
      1301 West 38th Street
      Suite 709 Medical Park Tower
      Austin, Texas 78705-1057
      (512) 454-4836
      Defendant's expert witness

36.   **Nora Vasquez**
      Cashier
      Wal-Mart Store #456
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant's employee, and was working on Register #11 on the day of the incident in
      question; May have knowledge regarding incident, injuries and facts of this case.

37.   **Nora Vega**
      Risk Control Team/Dept. 17
      Wal-Mart Store #456
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
      June 11, 2002.

38.   **Viri Vela**
      11 Heather
      Brownsville, Texas
      (956) 542-8803
      Friend; May have knowledge regarding incident, injuries and facts of this case.

39.   **Manuel Villarreal**
      Claims Management, Inc.
      P.O. Box 8083
      Bentonville, AR 72712-8083
      (479) 621-2900
      Claims adjuster;  May have knowledge regarding incident, injuries and facts of this case.

40.   **Wal-Mart Store #456**
      3500 West FM 3248
      Brownsville, Texas 78521
      (956) 350-2022
      Defendant

41. **Margie White**
    6424 S. East Drive
    Albany, Oregon
    (541) 990-0734
    Daughter; May have knowledge regarding incident, injuries and facts of this case.

42. **Mary Lou Ysasi**
    Guest - Risk Control Team
    Risk Control Team
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on
    June 11, 2002 as a guest.

43. **Alejandro J. Betancourt, M.D.**
    and **Sylvia Benavidez**, Custodian of Medical Records
    and **Mary Vasquez**, Custodian of Billing Records
    2121 Pease Street, Suite 304
    Harlingen, Texas 78550
    (956) 425-3706
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
    in question, and custodian of records has knowledge of medical and billing records
    pertaining to Plaintiff.

44. **APC Home Health Service, Inc.**
    **Susan Tagler, R.N.**
    and **Jovie Cantu**, Custodian of Medical Records
    and **Adam Saldivar**, Custodian of Billing Records
    285 Kings Highway
    Brownsville, Texas 78521
    (956) 546-9641
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
    in question, and custodian of records has knowledge of medical and billing records
    pertaining to Plaintiff.

45. **Brownsville Open MRI**
    **Thomas Pirtle, M.D.**
    and **Xochitl Rodriguez**, Custodian of Records
    908 Paredes Line Road
    Brownsville, Texas 78521
    (956) 541-4488

Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

46. **Brownsville Urological Association**
    **Jose Villalobos, M.D.**
    and **Gloria Cavazos**, Custodian of Billing Records
    864 Central Blvd., Suite 500
    Brownsville, Texas 78520
    (956) 546-3595
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

47. **Central Imaging**
    and **Hector de la Torre**, Custodian of Records
    864 Central Blvd., Suite 600
    Brownsville, Texas 78520
    (956) 541-9853
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

48. **City of Brownsville-EMS**
    and **Ma. Jovita Martinez**, Custodian of Records
    954 E. Madison Street
    Brownsville, Texas 78522
    (956) 541-9491
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

49. **Coastal Radiology Consultants, P.A.**
    and **Alma N. Tijerina**, Custodian of Billing Records
    and **Marytza Gonzalez**, Custodian of Billing Records
    1313 Alton Gloor, Suite C
    Brownsville, Texas 78526
    (956) 550-8944
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

50.    **Ana C. Gutierrez, M.D.**
and **Marytza Gonzalez**, Custodian of Billing Records
1313 Alton Gloor Blvd., Suite C
Brownsville, Texas 78526-3911
(956) 550-8944
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

51.    **Harlingen Anesthesia**
and **Becky Najera**, Custodian of Billing Records
1702 Ed Carey Drive
Harlingen, Texas 78550
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

52.    **Harlingen Spine & Neurological Surgical Institute**
and **Gabriela Martinez**, Custodian of Medical Records
2121 Pease Street, Suite 304
Harlingen, Texas 78550
(956) 425-3706
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

53.    **Heart Institute**
**Roberto B. Robles, III, M.D.**
and **Raul Garza**, Custodian of Records
95 E. Price Road, Bldg C
Brownsville, Texas 78521
(956) 546-4202
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

54.    **H.E.B. Pharmacy #3**
and **Dennis Wiesnes**, Custodian of Records
1628 Central Blvd.
Brownsville, Texas 78520
(956) 542-0934
Plaintiff's pharmacist; May have knowledge of the pharmaceutical and billing records pertaining to Plaintiff.

55. **Imperial Physical Therapy**
and **Kevin R. Belsole, PTA**, Custodian of Medical Records
609 Star Ruby Lane
Brownsville, Texas 78521
(956) 838-2595
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

56. **Jose Kuri, M.D.**
and **Rosemary Garza**, Custodian of Records
98 East Price Road
Brownsville, Texas 78521
(956) 546-8622
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

57. **Los Fresnos Pharmacy**
and **Roberto V. Salinas**, Custodian of Records
810 W. Ocean Blvd.
Los Fresnos, Texas 78566
(956) 233-3400
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

58. **Pathology Laboratory**
and **Elaine Martinez**, Custodian of Billing Records
1620 Ed Carey Drive
Harlingen, Texas 78550

59. **Madhavan Pisharodi, M.D.**
and **Sonia M. Carrillo**, Custodian of Records
942 Wild Rose Lane
Brownsville, Texas 78520
(956) 541-6725
Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

60.    **Paloma Healthcare**
       P.O. Box 6266
       Brownsville, Texas 78523
       Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
       in question, and custodian of records has knowledge of medical and billing records
       pertaining to Plaintiff.

61.    **Roberto Ponce, M.D.**
       and **Graciela S. Loredo**, Custodian of Records
       2449 Boca Chica Blvd., Suite C
       Brownsville, Texas 78523-5168
       (956) 542-1531
       Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
       in question, and custodian of records has knowledge of medical and billing records
       pertaining to Plaintiff.

62.    **The Schumacker Group**
       **George Broughton, II, M.D.**
       **Royal Lea, M.D.**
       **Ramon A. Loji-Hui, M.D.**
       and **Karla James**, Custodian of Financial Records
       P.O. Box 2995
       San Antonio, Texas 78299-2995
       1-800-225-0953
       Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
       in question, and custodian of records has knowledge of medical and billing records
       pertaining to Plaintiff.

63.    **Anant K. Utturkar, M.D.**
       and **Arnold Ozuna, Custodian of Records**
       and **Hector De La Torre, Custodian of Records**
       P.O. Box 52236
       McAllen, Texas 78505-2236
       Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
       in question, and custodian of records has knowledge of medical and billing records
       pertaining to Plaintiff.

64.  **Valley Baptist Medical Center**
     **Daniel Fuentes, M.D.**
     **Miguel Oneto, M.D.**
     **William Taw, M.D.**
     **Bruce Berberian, M.D.**
     **Lauren Nguyen, M.D.**
     and **Linda R. Gonzalez, RHIT**, Custodian of Medical Records
     and **Diana S. Munguia**, Custodian of Billing Records
     and **Lorraine Webster**, Custodian of X-Rays, MRI, CT Scans and Imaging Records
     2101 Pease Street, Suite 304
     Harlingen, Texas 78550
     (956) 389-1100
     Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
     in question, and custodians of records have knowledge of medical,  billing and imaging
     records pertaining to Plaintiff.

65.  **Valley Doctors Clinic**
     **Lorenzo Pelly, M.D.**
     **Emilio Vargas, M.D.**
     **Sundeep Reddy, M.D.**
     and **Stella Morales**, Custodian of Records
     and **Margarita D. Torres**, Custodian of Records
     864 Central Blvd., Suite 400
     Brownsville, Texas 78520
     (956) 546-5194
     or
     394 Military Highway
     Brownsville, Texas 78520
     (956) 544-3226
     Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
     in question, and custodians of records have knowledge of medical and billing records
     pertaining to Plaintiff.

66.  **Valley Radiologists**
     and **Eva Elaine Martinez**, Custodian of Financial Records
     1620 Ed Carey Drive
     Harlingen, Texas 78550
     Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
     in question, and custodian of records has knowledge of medical and billing records
     pertaining to Plaintiff.

67. **Valley Regional Medical Center**
    **Royal Lea, M.D.**
    **Ramon A. Loji-Hui, M.D.**
    **Dr. Brown**
    and **Juanita B. Garza**, Custodian of Medical Records
    and **Rhonda Larkin**, Custodian of Billing Records
    and **Leticia Olivarez**, Custodian of X-Rays, MRI, CT Scans and Imaging Records
    100 A Alton Gloor
    Brownsville, Texas 78521
    (956) 350-724
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
    in question, and custodians of records have knowledge of medical, billing records pertaining
    to Plaintiff.

68. **Jose G. Dones Vasquez, M.D.**
    and **Sylvia Benavidez**, Custodian of Medical Records
    and **Mary Vasquez**, Custodian of Billing Records
    2121 Pease Street, Suite 304
    Harlingen, Texas 78550
    (956) 425-3706
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident
    in question, and custodian of records has knowledge of medical and billing records
    pertaining to Plaintiff.

69. **Walgreens Pharmacy**
    and Custodian of Records
    4490 14th Street
    Brownsville, Texas 78520
    (956) 542-3507
    Plaintiff's pharmacist; May have knowledge of the pharmaceutical and billing records
    pertaining to Plaintiff.

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

# EXHIBIT "C"

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

## DEFENDANTS' EXHIBIT LIST

1.    Transcript and Videotaped Deposition of Virginia Clive.

2.    Transcript and Videotaped Deposition of Melissa Cuevas.

3.    Transcript and Videotaped Deposition of Jorge Montiel.

4.    Transcript and Videotaped Deposition of Hector Hugo Almanza.

5.    Transcript and Videotaped Deposition of Gisela Torres.

6.    Transcript and Videotaped Deposition of Esmeralda Cantu.

7.    Transcript and Videotaped Deposition of Cesar S. Trevino.

8.    Transcript and Videotaped Deposition of Alejandro J. Betancourt, M.D., P.A.

9.    Written Questions Directed to Jovie Cantu, Custodian of Medical Records for APC Home Health Service, Inc.

10.    Written Questions Directed to Adam Saldivar, Custodian of Billing Records for APC Home Health Service, Inc.

11.    Written Questions Directed to Jovie Cantu, Custodian of Radiology Records for APC Home Health Service, Inc.

12.    Written Questions Directed to Sylvia Benavidez, Custodian of Medical Records for Alejandro Betancourt, M.D.

13.    Written Questions Directed to Mary Vasquez, Custodian of Billing Records for Alejandro Betancourt, M.D.

14.    Written Questions Directed to Sylvia Benavidez, Custodian of Radiology Records for Alejandro Betancourt, M.D.

15.    Written Questions Directed to Xochitl Rodriguez, Custodian of Medical Records for Brownsville Open MRI.

16.    Written Questions Directed to Xochitl Rodriguez, Custodian of Billing Records for Brownsville Open MRI.

17.    Written Questions Directed to Xochitl Rodriguez, Custodian of Radiology Records for Brownsville Open MRI.

18.    Written Questions Directed to Gloria Cavazos, Custodian of Medical Records for Brownsville Urological Association.

19.    Written Questions Directed to Gloria Cavazos, Custodian of Billing Records for Brownsville Urological Association.

20.    Written Questions Directed to Gloria Cavazos, Custodian of Radiology Records for Brownsville Urological Association.

21.    Written Questions Directed to Jovita Martinez, Custodian of Medical Records for City of Brownsville EMS.

22.    Written Questions Directed to Jovita Martinez, Custodian of Billing Records for City of Brownsville EMS.

23.    Written Questions Directed to Jovita Martinez, Custodian of Radiology Records for City of Brownsville EMS.

24.    Written Questions Directed to Marytza Gonzalez, Custodian of Medical Records for Coastal Radiology Consultants, P.A.

25.    Written Questions Directed to Marytza Gonzalez, Custodian of Billing Records for Coastal Radiology Consultants, P.A.

26.    Written Questions Directed to Marytza Gonzalez, Custodian of Radiology Records for Coastal Radiology Consultants, P.A.

27.    Written Questions Directed to Daniel Rincon, Custodian of Employment Records (Personnel & Payroll) for Fiesta Adult Day Care.

28.    Written Questions Directed to Marytza Gonzalez, Custodian of Medical Records for Ana Gutierrez, M.D.

29.    Written Questions Directed to Marytza Gonzalez, Custodian of Billing Records for Ana Gutierrez, M.D.

30.    Written Questions Directed to Marytza Gonzalez, Custodian of Radiology Records for Ana Gutierrez, M.D.

31.    Written Questions Directed to Becky Najera, Custodian of Medical Records for Harlingen Anesthesia Associates.

32.    Written Questions Directed to Becky Najera, Custodian of Billing Records for Harlingen Anesthesia Associates.

33.    Written Questions Directed to Becky Najera, Custodian of Radiology Records for Harlingen Anesthesia Associates.

34.    Written Questions Directed to Raul Garza, Custodian of Medical Records for Heart Institute.

35.    Written Questions Directed to Raul Garza, Custodian of Billing Records for Heart Institute.

36.    Written Questions Directed to Raul Garza, Custodian of Radiology Records for Heart Institute.

37.    Written Questions Directed to Dennis Weisnes, Custodian of Pharmaceutical Records for H.E.B. Pharmacy-Brownsville.

38.    Written Questions Directed to Dennis Weisnes, Custodian of Pharmaceutical Billing Records for H.E.B. Pharmacy-Brownsville.

39.    Written Questions Directed to Kevin Robert Belsole, Custodian of Medical Records for Imperial Physical Therapy.

40.    Written Questions Directed to Kevin Robert Belsole, Custodian of Billing Records for Imperial Physical Therapy.

41.    Written Questions Directed to Kevin Robert Belsole, Custodian of Radiology Records for Imperial Physical Therapy.

42.    Written Questions Directed to Rosemary Garza, Custodian of Medical Records for Jose Kuri, M.D.

43.    Written Questions Directed to Rosemary Garza, Custodian of Billing Records for Jose Kuri, M.D.

44.    Written Questions Directed to Rosemary Garza, Custodian of Radiology Records for Jose Kuri, M.D.

45.    Written Questions Directed to Roberto V. Salinas, Custodian of Pharmaceutical Records for Los Fresnos Pharmacy.

46.    Written Questions Directed to Roberto V. Salinas, Custodian of Pharmaceutical Billing Records for Los Fresnos Pharmacy.

47.    Written Questions Directed to Margarita D. Torres, Custodian of Medical Records for Dr. Lorenzo R. Pelly.

48.    Written Questions Directed to Margarita D. Torres, Custodian of Billing Records for Dr. Lorenzo R. Pelly.

49.    Written Questions Directed to Sonia M. Carillo, Custodian of Medical Records for Pisharodi Clinic.

50.    Written Questions Directed to Sonia M. Carillo, Custodian of Billing Records for Pisharodi Clinic.

51.    Written Questions Directed to Sonia M. Carillo, Custodian of Radiology Records for Pisharodi Clinic.

52.    Written Questions Directed to Graciela S. Loredo, Custodian of Medical Records for Roberto Ponce, M.D.

53.    Written Questions Directed to Graciela S. Loredo, Custodian of Billing Records for Roberto Ponce, M.D.

54.    Written Questions Directed to Graciela S. Loredo, Custodian of Radiology Records for Roberto Ponce, M.D.

55.    Written Questions Directed to Karla James, Custodian of Medical Records for The Schumacker Group.

56.    Written Questions Directed to Karla James, Custodian of Billing Records for The Schumacker Group.

57.    Written Questions Directed to Karla James, Custodian of Radiology Records for The Schumacker Group.

58.    Written Questions Directed to Hector De La Torre, Custodian of Medical Records for Anant T. Utturkar, M.D.

59.    Written Questions Directed to Arnold Ozuna, Custodian of Billing Records for Anant T. Utturkar, M.D.

60.  Written Questions Directed to Hector De La Torre, Custodian of Radiology Records for Anant T. Utturkar, M.D.

61.  Written Questions Directed to Linda R. Gonzalez, R.N., Custodian of Medical Records for Valley Baptist Medical Center.

62.  Written Questions Directed to Diana S. Munguia, Custodian of Billing Records for Valley Baptist Medical Center.

63.  Written Questions Directed to Lorraine Webster, Custodian of Radiology Records for Valley Baptist Medical Center.

64.  Written Questions Directed to Margarita D. Torres, Custodian of Medical Records for Valley Doctors Clinic.

65.  Written Questions Directed to Margarita D. Torres, Custodian of Billing Records for Valley Doctors Clinic.

66.  Written Questions Directed to Margarita D. Torres, Custodian of Radiology Records for Valley Doctors Clinic.

67.  Written Questions Directed to Eva Elaine Martinez, Custodian of Medical Records for Valley Radiology & Associates.

68.  Written Questions Directed to Eva Elaine Martinez, Custodian of Billing Records for Valley Radiology & Associates.

69.  Written Questions Directed to Eva Elaine Martinez, Custodian of Radiology Records for Valley Radiology & Associates.

70.  Written Questions Directed to Juanita B. Garza, Custodian of Medical Records for Valley Regional Medical Center.

71.  Written Questions Directed to Rhonda Larkin, Custodian of Billing Records for Valley Regional Medical Center.

72.  Written Questions Directed to Leticia Olivarez, Custodian of Radiology Records for Valley Regional Medical Center.

73.  Written Questions Directed to Sylvia Benavidez, Custodian of Medical Records for Jose G. Dones Vasquez, M.D.

74.  Written Questions Directed to Mary Vasquez, Custodian of Billing Records for Jose G. Dones Vasquez, M.D.

75. Written Questions Directed to Sylvia Benavidez, Custodian of Radiology Records for Jose G. Dones Vasquez, M.D.

76. Written Questions Directed to Justine Hanciaux, Custodian of Pharmaceutical Records for Walgreen's Pharmacy.

77. Written Questions Directed to Justine Hanciaux, Custodian of Pharmaceutical Billing Records for Walgreen's Pharmacy.

78. Defendant Wal-Mart's Dec Sheet.

79. Incident Report.

80. Plaintiff's Customer Statement.

81. Blank Copy of Customer Statement.

82. Statement of Gisela Torres.

83. Four (4) photographs regarding the scene of the incident.

84. Videotape regarding Plaintiff's incident recorded by Defendant store's surveillance camera of the area where the incident occurred.

85. Defendant Wal-Mart's Floor Plan (WMRT 002471).

86. Defendant Wal-Mart's Master Lease.

Document entitled, "Wal-Mart Week #20 (Risk Control Team Meeting)".

87. Video entitled, "The Wal-Mart Maintenance Program".

88. Defendants' CD containing the following documents:

    a)    Associate Handbook (WM097468C000001 - 000050);

    b)    Customer Safety - CBL Module (WM097468C000051 - 000078);

    c)    CMI Customer Incident Photo Sheet (WM097468C000079 - 000080);

    d)    CMI Customer Statement (WM097468C000081);

    e)    Personnel Guide - Customer Incidents (WM097468C000082 - 000089);

    f)    Safety Sweep Guidelines (WM097468C000090);

    g)    Day Maintenance Associate Job Description (WM097468C000091 - 000094);

h)      Night Maintenance Associate Job Description (WM097468C000095 - 000098);

i)      Customer Safety Lesson (WM097468C000099 - 000104);

j)      Maintenance Manual (WM097468C000105 - 000159);

k)      Safety Sweep Program (WM097468C000160);

l)      Customer Injury Policy (WM097468C000161 - 000164);

m)      Store Housekeeping Policy (WM097468C000165 - 000169);

n)      Emergency Codes & Procedures - Customer Injury (WM097468C000170);

o)      1997 Risk Management Resource Manual (WM097468C000171 - 001224);

p)      1995 Risk Management Team Leader's Guide (WM097468C001225 - 001342);

q)      1997 Risk Management Team Leader's Guide (WM097468C001343 - 001462);

r)      1998 Risk Management Team Leader's Guide (WM097468C001463 - 001483); and

s)      Slip/ Trip/ Fall Solutions (WM097468C001484 - 001487).

89.    Curriculum Vitae of Alejandro J. Betancourt, M.D., P.A.

90.    Curriculum Vitae of H. Harvey Cohen, Ph.D., CPE.

91.    Curriculum Vitae of William R. Turpin, M.D., P.A.

92.    Report of H. Harvey Cohen, Ph.D., CPE.

93.    Report of William R. Turpin, M.D., P.A.

94.    Plaintiff's Rule 26(a) Initial Disclosures

95.    Plaintiff's First Supplemental Rule 26(a) Initial Disclosures

96.    Plaintiff's Second Supplemental Rule 26(a) Initial Disclosures

97.    Plaintiff's Third Supplemental Rule 26(a) Initial Disclosures

98.    Plaintiff's Fourth Supplemental Rule 26(a) Initial Disclosures

99.    Plaintiff's Answers and Responses to Defendants First Set of Interrogatories and First Requests for Production.

100. Plaintiff's First Supplemental Answers and Responses to Defendants' First Set of Interrogatories and First Requests for Production.

101. Plaintiff's Second Supplemental Answers and Responses to Defendants First Set of Interrogatories and First Requests for Production.

102. Plaintiff's Third Supplemental Answers and Responses to Defendants' First Set of Interrogatories and First Requests for Production.

103. Plaintiff's Fourth Supplemental Answers and Responses to Defendants' First Set of Interrogatories.

104. Defendants' Rule 26(a) Disclosures.

105. Defendants' Supplemental Rule 26(a) Disclosures.

106. Defendants' Second Supplement to Rule 26(a) Disclosures.

107. Defendants' Third Supplement to Rule 26(a) Disclosures.

108. Defendants' Fourth Supplement to Rule 26(a) Disclosures.

109. Defendants Answers, Responses and/or Objections to Plaintiff's First Set of Interrogatories and Requests for Production.

110. Defendants' Responses and/or Objections to Plaintiff's First Request for Admissions.

111. Defendants' First Supplemental Responses to Plaintiff's First Requests for Production.

112. Defendants' Second Supplemental Responses to Plaintiff's First Requests for Production.

113. Defendants Responses and/or Objections to Plaintiff's Second Set of Requests for Production.

114. -
118. Plaintiff's 1998, 1999, 2000, 2001 & 2002 Income Tax Returns.

119. U.S. Government Worklife Expectancy Tables.

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

======================================================

# EXHIBIT "D"

======================================================

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## DEFENDANTS' WITNESS LIST

| | |
|---|---|
| **Virginia Clive**<br>Rt. 3 Box 3102<br>Los Fresnos, Texas 78566<br>(956) 233-4341<br>Plaintiff. | **Jesse Clive**<br>Rt. 3 Box 3102<br>Los Fresnos, Texas 78566<br>(956) 233-4341<br>Plaintiff's husband. |
| **Mark Clive**<br>Rt. 3 Box 3102<br>Los Fresnos, Texas 78566<br>Plaintiff's son; May have knowledge regarding incident, injuries and facts of this case. | **Margie White**<br>6424 S. East Drive<br>Albany, Oregon<br>(541) 990-0734<br>Plaintiff's daughter; May have knowledge regarding incident, injuries and facts of this case. |
| **Cesar Trevino Esparza**<br>37 Alan-A-Dale<br>Brownsville, Texas 78521<br>(956) 542-5056<br>Witness; May have knowledge regarding incident, injuries and facts of this case. | **Fiesta Adult Day Care and Daniel Rincon, Custodian of Records**<br>6466 S. Padre Island Hwy.<br>Brownsville, Texas 78521<br>(956) 831-3250<br>Plaintiff's employer; May have knowledge regarding incident, injuries and facts of this case. |
| **Esmeralda Cantu**<br>1752 Coolidge Street<br>Brownsville, Texas 78520<br>(956) 542-0766<br>Witness; May have knowledge regarding incident, injuries and facts of this case. | **Melissa Cuevas**<br>2252 E. Polk Street<br>Brownsville, Texas 78520<br>(956) 541-6550<br>Witness; May have knowledge regarding incident, injuries and facts of this case. |

| | |
|---|---|
| **Joe Salinas**<br>Address Unknown<br>Brownsville, Texas<br>(956) 541-2147<br>Witness; May have knowledge regarding incident, injuries and facts of this case. | **Maria De Jesus Lambarri**<br>Brownsville Country Club<br>105 Navarra<br>Brownsville, Texas 78526<br>(956) 986-0590<br>Witness; May have knowledge regarding incident, injuries and facts of this case. |
| **Juanita Ramirez**<br>11 Avalon<br>Brownsville, Texas<br>(956) 546-3924<br>Friend; May have knowledge regarding incident, injuries and facts of this case. | **Viri Vela**<br>11 Heather<br>Brownsville, Texas<br>(956) 542-8803<br>Friend; May have knowledge regarding incident, injuries and facts of this case. |
| **Manuel Villarreal**<br>Claims Management, Inc.<br>P.O. Box 8083<br>Bentonville, Arkansas 72712-8083<br>(479) 621-2900<br>Claims adjuster; May have knowledge regarding incident, injuries and facts of this case. | **Jorge Montiel**<br>Store Manager<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Has knowledge of Defendant's policies and procedures. |
| **Hector Hugo Almanza**<br>Support Manager<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; May have knowledge regarding incident, injuries and facts of this case. | **Gisela Torres**<br>Cashier<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Ms. Torres was working on Register #10 on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. |
| **Andrea Sanchez**<br>Cashier<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Ms. Sanchez was working on Register #9 on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. | **Nora Vasquez**<br>Cashier<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Ms. Sanchez was working on Register #11 on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. |

| | |
|---|---|
| **Aeropajita Mata**<br>Cashier<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Ms. Sanchez was working on Register #12 on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. | **Guadalupe Espinoza**<br>Maintenance<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Worked from 6:00 a.m. to 3:00 p.m. on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. |
| **Irma Rangel**<br>Maintenance<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Worked from 6:00 a.m. to 3:00 p.m. on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. | **Jose Caliz**<br>Maintenance<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Worked from 11:00 p.m. to 3:00 p.m. on the day of the incident in question. May have knowledge regarding incident, injuries and facts of this case. |
| **Carlos Ortiz**<br>Risk Control Team/ Management Sponsor<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Misael Garcia**<br>Risk Control Team/ Dep. 16<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |
| **Terry Garcia**<br>Risk Control Team/ Dept. 26<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Norma Garcia**<br>Risk Control Team/ Dept. 82<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |

| | |
|---|---|
| **Deana Gonzales**<br>Risk Control Team/ Dept. 10<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Dean Saccar**<br>Risk Control Team/ Dept. 10<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |
| **Molly Lopez**<br>Risk Control Team/ Risk Control Team Leader<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Carlos Ortiz**<br>Risk Control Team/ Dept. 5<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |
| **Veronica Tapia**<br>Risk Control Team/ Dept. 26<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Brenda Ortiz**<br>Risk Control Team/ Claims<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |
| **Ester Davila**<br>Risk Control Team/ Dept. 20<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. | **Nora Vega**<br>Risk Control Team/ Dept. 17<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee; Attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002. |

| | |
|---|---|
| **Mary Lou Ysasi**<br>Guest - Risk Control Team<br>Risk Control Team<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee who attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest. | **Lupita Guerra**<br>Guest - Risk Control Team<br>Risk Control Team<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee who attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest. |
| **Damian Espinosa**<br>Guest - Risk Control Team<br>Risk Control Team<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee who attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest. | **Rosie Carranza**<br>Guest - Risk Control Team<br>Risk Control Team<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee who attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest. |
| **Jorge Montiel**<br>Guest - Risk Control Team<br>Risk Control Team<br>Wal-Mart Store #456<br>3500 West FM 3248<br>Brownsville, Texas 78521<br>(956) 350-2022<br>Defendant's Employee who attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest. | **Alejandro J. Betancourt, M.D. and Custodian of Records**<br>2121 Pease Street, Suite 304<br>Harlingen, Texas 78550<br>(956) 425-3706 |
| **Central Imaging and Custodian of Records**<br>864 Central Blvd., Suite 600<br>Brownsville, Texas 78520<br>(956) 541-9491 | **Harlingen Anesthesia Associates, Inc. and Custodian of Records**<br>1707 Ed Carey Drive<br>Harlingen, Texas 78550 |
| **City of Brownsville-EMS and Custodian of Records**<br>954 E. Madison Street<br>Brownsville, Texas 78522<br>(956) 541-9491 | **Imperial Physical Therapy and Custodian of Records**<br>609 Star Ruby Lane<br>Brownsville, Texas 78521<br>(956) 838-2595 |

| | |
|---|---|
| **Jose G. Dones Vasquez, M.D. and Custodian of Records**<br>2121 Pease Street, Suite 304<br>Harlingen, Texas 78550<br>(956) 425-3706 | **Jose Duri, M.D. and Custodian of Records**<br>98 East Price Road<br>Brownsville, Texas 78521<br>(956) 546-8622 |
| **Pathology Laboratory and Custodian of Records**<br>1620 Ed Carey Drive<br>Harlingen, Texas 78550 | **The Schumacker Group**<br>**George Broughton II, M.D.**<br>**Royal Lean, M.D.**<br>**Ramon A. Loji-Hui, M.D.**<br>**and Custodian of Records**<br>P. O. Box 2995<br>San Antonio, Texas 78299-2995<br>1-800-225-0953 |
| **Valley Baptist Medical Center**<br>**Daniel Fuentes, M.D.**<br>**Miguel Oneto, M.D.**<br>**William Taw, M.D.**<br>**Bruce Berberian, M.D.**<br>**Lauren Nguyen, M.D.**<br>**and Custodian of Records**<br>2101 Pease Street, Suite 304<br>Harlingen, Texas 78550<br>(956) 389-1100 | **Valley Regional Medical Center**<br>**Royal Lea, M.D.**<br>**Ramon A. Loji-Hui, M.D.**<br>**Dr. Brown and Custodian of Records**<br>100 A Alton Gloor<br>Brownsville, Texas 78521<br>(956) 350-7244 |
| **Ana C. Gutierrez, M.D. and Custodian of Records**<br>1313 Alton Gloor Blvd., Suite C<br>Brownsville, Texas 78526-3811<br>(956) 550-8944 | **Anant K. Utturkar, M.D. and Custodian of Records**<br>P.O. Box 52236<br>McAllen, Texas 78505-2236 |
| **APC Home Health Service, Inc.**<br>**Susan Tagler, R.N. and**<br>**Custodian of Records**<br>285 Kings Highway<br>Brownsville, Texas 78521<br>(956) 546-9641 | **Brownsville Open MRI**<br>**Thomas Pirtle, M.D. and**<br>**Custodian of Records**<br>908 Paredes Line Road<br>Brownsville, Texas 78521<br>(956) 541-4488 |
| **Brownsville Urological Association**<br>**Jose Villalobos, M.D. and**<br>**Custodian of Records**<br>864 Central Blvd., Suite 500<br>Brownsville, Texas 78520<br>(956) 546-3595 | **City of Brownsville - EMS and**<br>**Custodian of Records**<br>954 E. Madison Street<br>Brownsville, Texas 78522<br>(956) 541-9491 |

| | |
|---|---|
| **Coastal Radiology Consultants, P.A. and Custodian of Records**<br>1313 Alton Gloor, Suite C<br>Brownsville, Texas 78526<br>(956) 550-8944 | **Harlingen Anesthesia and Custodian of Records**<br>1702 Ed Carey Drive<br>Harlingen, Texas 78550 |
| **Harlingen Spine & Neurological Surgical Institute and Custodian of Records**<br>2121 Pease Street, Suite 304<br>Harlingen, Texas 78550<br>(956) 425-3706 | **Heart Institute<br>Roberto B. Robles, III, M.D. and Custodian of Records**<br>95 E. Price Road, Bldg. C<br>Brownsville, Texas 78521 |
| **HEB Pharmacy #3 and Custodian of Records**<br>1628 Central Blvd.<br>Brownsville, Texas 78520<br>(956) 542-0934 | **Imperial Physical Therapy<br>Kevin R. Belsole, PTA and Custodian of Records**<br>609 Star Ruby Lane<br>Brownsville, Texas 78521<br>(956) 838-2595 |
| **Jose Kuri, M.D. and Custodian of Records**<br>98 E. Price Road<br>Brownsville, Texas 78521<br>(956) 546-8622 | **Los Fresnos Pharmacy and Custodian of Records**<br>810 W. Ocean Blvd.<br>Los Fresnos, Texas 78566<br>(956) 233-3400 |
| **Madhaven Pisharodi, M.D. and Custodian of Records**<br>942 Wild Rose Lane<br>Brownsville, Texas 78520<br>(956) 541-6725 | **Paloma Healthcare and Custodian of Records**<br>P.O. Box 6266<br>Brownsville, Texas 78523 |
| **Roberto Ponce, M.D. and Custodian of Records**<br>2449 Boca Chica Blvd., Suite C<br>Brownsville, Texas 78523-5168<br>(956) 542-1531 | **Valley Doctors Clinic<br>Lorenzo Pelly, M.D.<br>Emilio Vargas, M.D.<br>Sundeep Reddy, M.D. and Custodian of Records**<br>864 Central Blvd., Suite 400<br>Brownsville, Texas 78520<br>(956) 546-5194<br>-or-<br>394 Military Highway<br>Brownsville, Texas 78520<br>(956) 544-3226 |

| | |
|---|---|
| **Valley Radiologists and Custodian of Records**<br>1620 Ed Carey Drive<br>Harlingen, Texas 78550 | **Walgreens Pharmacy and Custodian of Records**<br>4490    14th Street<br>Brownsville, Texas 78520<br>(956) 542-3507 |
| **Dr. William Turpin**<br>1301 West 38th Street<br>Suite 709 Medical Park Tower<br>Austin, Texas 78705-1057<br>(512) 454-4836<br>Defendants' expert.  Dr. Turpin will testify regarding his examination of the plaintiff during Plaintiff's independent medical exam (IME) and his review of Plaintiff's medical records. | |