IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## DEFENDANT'S MOTION IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, L.P., Defendants, hereinafter referred to as "Movants" in the above entitled and numbered cause, and prior to the voir dire examination of the jury and also prior to the introduction of any evidence, makes the following Motion in Limine and in that regard will respectfully request the following:

I.

Movants respectfully request the Court to instruct the Plaintiff, her attorney and all witnesses to refrain from doing or saying anything in the presence of the jury or the jury panel which would in any way advise, suggest, or imply any of the following matters or from doing any of the following acts without first approaching the bench and obtaining prior approval:

(1) That the Plaintiff has incurred lost wages in the past, lost wages in the future or loss of earning capacity in the future due to the failure of Plaintiff to timely disclose these computations;

(2) References to counsel for the Defendant as "the Wal-Mart lawyer" or other similar references;

(3) That the Movants are to any extent covered by any liability insurance for the damages sought in this suit or that any liability insurance carrier has been involved in the investigation of this suit; such fact is immaterial to any issue in this case and mentioning or inference thereof, directly or indirectly, in any manner, will be extremely harmful and unjustly prejudicial to Movants;

(4) That the firm of DRABEK & ASSOCIATES specializes in handling insurance cases or medical malpractice cases or specializes in the defense of lawsuits involving personal injuries;

(5) That any settlement offers either have or have not been made by either side;

(6) That Movants have had or now have the liability coverage or otherwise refer to any insurance adjuster or insurance agent or otherwise attempt to place before the jury the idea that Movants might have insurance which would or might indemnify them for losses or, at least partial coverage for the losses claimed by the Plaintiff or that the Movants' attorneys are being compensated by an insurance company;

(7) Not to offer any expenses unless the Plaintiff is prepared to show by competent evidence that such expenses were reasonable and necessary because of the claim or accident in question. Otherwise, such expenses would have no probative effect and would tend to cause the injury to include such amounts somewhere on their findings on damages even though they had not properly been proven as reasonable and necessary and related to the claims in question;

(8) Any reference to the relative wealth or income or difference in financial ability of the parties;

(9) Should the Plaintiff wish to introduce any photographs, diagrams, graphs, charts, recording or motion picture films into evidence, that the same be tendered to Court and opposing counsel, outside the presence of the jury, and shown or exhibited to determine its relevance and suitability for introduction into evidence prior to and before informing the jury as to its existence or its tender into evidence by the Plaintiff;

(10) Further, that Plaintiff not mention or state to the jury, or prospective jurors, the probable testimony of a witness who is absent, unavailable, or not called to testify in this case; or

(11) From commenting on the fact that this Motion in Limine has been filed.

WHEREFORE, PREMISES CONSIDERED, Movants pray that the Court consider each of the grounds for the Motion in Limine set forth above and each and all of the

requests contained in such Motion, and that the Court enter such orders and issue such instructions as may be necessary to protect a fair trial of this case and to insure that there will be no mistrial by reason of passion, prejudice, or otherwise, and of this Motion your Movants respectfully pray for judgement of the Court and for such other and further relief, general or special, legal and equitable to which your Movants may be justly entitled.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Tel: (956) 428-4544
Fax: (956) 428-4880

_____
Jaime A. Drabek
Federal I.D. No. 8643
SBOT: 06102410
Attorney for Defendants

### CERTIFICATE OF SERVICE

I, hereby certify that on this the 19th day of December, 2003, a true and correct copy of the foregoing Motion in Limine was by me, in hand, delivered to the following as herein noted:

Mr. Frank Costilla
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

*Via Fax No. 956/ 544-3152*

_____
Jaime A. Drabek