THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

JAN 0 6 2004

Michael N. Milby
Clerk of Court

DOCKET CALL

CIVIL ACTION NO. B-03-33    DATE & TIME: 1/6/04 @ 1:30-1:50 p.m.

COUNSEL:

| VIRGINIA CLIVE | § | FRANK COSTILLA/ALEJANDRO GARCIA |
| VS | § | |
| WAL-MART STORES, INC. | § | JAIME DRABEK |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Yanez

Case called on the docket. Frank Costilla & Alejandro Garcia appeared for the Plaintiff. Jaime Drabek appeared for the Defendant. Parties announced ready to proceed subject to pending motions.

Deft's Motion for Leave to File Motion to Exclude (DE #19) GRANTED. After argument of Counsel, Motion to Exclude is OVERRULED. Deft is allowed to additionally depose Plaintiff if necessary. Any evidence regarding new treatment is excluded at this time.

Plaintiff's Motion in Limine is GRANTED.
Defendant's Motion in Limine is GRANTED.

Jury Selection is set for January 8, 2004 @ 9:00 a.m. Counsel to do voir dir. Jury to be 14 members. ETT 3-4 days. Trial is se to begin on Monday, January 12, 2004 @ 10:00 a.m.

Court is adjourned.