```
JUDGE____ANDREW  S.  HANEN_____        United States District Court
CASE MANAGER__Irma A.  Soto_____          Southern District of Texas
REPORTER__Bill Holloway_____ LAW CLERK: Christian Southwick   FILED
U.S.P.O._____ P.S.O._____     JAN 0 8 2004
D.U.S.M.__CSO, Figueroa_____ INTERPRETER_____     Michael N. Milby
                                                                        Clerk of Court

TIME: 9:00 - 11:25      A.M._____ P.M.        DATE  1/8/04_____
```

## CA. NO. __B-03-033_____

VIRGINIA CLIVE                             §    Frank Costilla / Alejandro Garcia

Vs.                                        §

WAL-MART STORES, INC.                      §    Jaime Drabek

### JURY SELECTION

**All parties appeared and announced ready for jury selection.**

☐  Jurors qualified by the Court.     ☐ Jurors sworn in.

■  Voir Dire commenced and concluded.

■  Excuses / Challenges:  **Jurors #1-Ronnie Bennett, #3-Lorenzo Gonzalez. #4-Antonio Lerma,**
   **#8-Yadira Gonzalez Lopez, #17-Walton Ramee, #20-Sylvia Torres, & #23-Raul Torres-GRANTED**
   **Juror #15-Charmaine Wentz-DENIED._____;**
   so ordered.

■  Jury Selected.

■  Case set for trial to begin on __**January 12, 2004**__ @ __**10:00 a.m.**__ before Judge Hanen.

☐  Court orders a fine of $ _____ and _____ days in custody on those jurors who failed to appear.
   U. S. Marshal is informed in open court.

☐  Deft _____ remanded to the custody of the U. S. Marshal.

☐  Deft _____ is continued on bond.

■  Court is adjourned.

☐ OTHER PROCEEDINGS: _____