Jurors Selected on  January 8,, 2004        For Case # CA B-03-033

Case Style  VIRGINIA CLIVE  vs WAL-MART STORES, INC.

Jury Trial Date   January 12 2004

District Judge   ANDREW S. HANEN        Time    10:00 A.M.

United States District Court
Southern District of Texas
FILED

JAN 0 8 2004

Michael N. Milby
Clerk of Court

**JUROR'S NAMES**:

1. ANABEL RODRIGUEZ

2. JOE SPENDLER

3. ROSA LINWOOD

4. HECTOR RIVAS

5. MYRNA PIZANA

6. MARGARITA FERN

7. MARGARITA DELA CRUZ

8. IRIS MAYBERRY

9. FEDERICO MARTINEZ

10. SANDRALEE RORDIGUEZ

11. SONIA HERRON

12. CRISTINA DIAZ