2a

JUDGE__ANDREW S. HANEN_____
CASE MANAGER__Irma A. Soto_____
REPORTER__Barbara Barnard_____   LAW CLERK:__Christian Southwick
U.S.P.O._____   P.S.O._____
D.U.S.M.__CSO-Yanez/Cannat_____   INTERPRETER__Not Used

United States District Court
Southern District of Texas
FILED
JAN 1 2 2004
Michael N. Milby
Clerk of Court

TIME:__9:25 - 12:00 noon__ / __1:30 - 4:06__ P.M.   DATE__1/12/04_____

CA  B-03-033

VIRGINA CLIVE                          § Frank Costilla/Alejandro Garcia

Vs.                                    §

WAL-MART STORES, INC.                  § Jaime Drabek

### 1ST DAY OF JURY TRIAL

Plaintiff appeared in person and with Counsel, Frank Costilla and Alejandro Garcia. Jaime Drabek appeared for the Defendant..

■ Jury sworn in.  ■ Jury Trial begins.  ■ Court instructs jury.  ■ Opening statements made by counsel.

■ Plaintiff presents evidence. Witnesses for the Plaintiff.: **Rose Messick. Witness sworn in.**

Jury excused for lunch and to return at 1:30 p.m. Lunch recess.

Rule is invoked by the Defendant. Jury brought in. Trial resumed. Witness Rose Messick continues to testify. Testimony concluded.

Plaintiff calls Esmeralda Cantu. Witness sworn in. Testimony concluded.
Plaintiff calls Cesar Trevino Esparza. Witness sworn in. Testimony concluded Witness excused.
Plaintiff calls Gisela Torres. Witness sworn in. Witness will continue with her testimony on 1/13/04.

■ Jury excused. Court adjourned; exhibits secured. Court to reconvened on **January 13, 2004 @ 9:00 a.m.**

Plaintiff files Memorandum of Law Relating to Medical Records of Dr. Jose G. Dones and Motion to Exclude Defendant's Controverting Evidence.

Defendant files its Memorandum of Law regarding the issue of collateral source rule.