JUDGE ANDREW S. HANEN  
CASE MANAGER Irma A. Soto  
REPORTER Barbara Barnard   LAW CLERK: Christian Southwick  
U.S.P.O.   P.S.O.  
D.U.S.M. CSO-Yanez/Cannat   INTERPRETER Not Used  

United States District Court  
Southern District of Texas  
FILED  
JAN 1 3 2004  
Michael N. Milby  
Clerk of Court

TIME: 9:00 - 12:00 noon / 1:30 - 5:18 P.M.   DATE 1/13/04

CA B-03-033

| VIRGINA CLIVE | § Frank Costilla/Alejandro Garcia |
|---|---|
| Vs. | § |
| WAL-MART STORES, INC. | § Jaime Drabek |

### 2ND DAY OF JURY TRIAL

**Plaintiff appeared in person and with Counsel, Frank Costilla and Alejandro Garcia. Jaime Drabek appeared for the Defendant..**

Jury brought in. Trial resumed. Witness Gisela Torres continues to testify. Testimony concluded.

Plaintiff calls Dr. H. Harvey Cohen. Witness sworn in. Plaintiff offers exhibit #74-objection from Deft. Bench conference held. Court addresses collateral source issue.

Lunch recess. Jury excused until 1:30 p.m.

Jury brought in. Trial resumed. Witness Dr. Cohen continues to testify. Testimony concluded. Witness excused. Bench conference held.

Plaintiff Virginia Clive is sworn in and testifies. Bench conference had.

Recess taken.

Trial resumed. Ms. Clive's testimony is interrupted at this time. Plaintiff calls Dr. Alejandro J. Betancourt. Witness sworn in. Bench conference held. Testimony concluded. Witness excused.

■ Jury excused. Court adjourned; exhibits secured. Court to reconvened on **January 14, 2004 @ 9:30 a.m.**

Plaintiff files Response to Defendant's Memorandum of Law relating to Admissibility of Collateral Source.