34

JUDGE__ ANDREW S. HANEN_____
CASE MANAGER__ Irma A. Soto_____
REPORTER___ Heather Hall_____ LAW CLERK:__Christian Southwick_____
U.S.P.O._____ P.S.O._____
D.U.S.M._CSO-Yanez/Canat_____ INTERPRETER__ Not Used_____

TIME: 9:30 - 12:19 pm____ / _1:30 - 5:36___ P.M.   DATE_ 1/14/04_____

United States District Court
Southern District of Texas
FILED
JAN 1 4 2004
Michael N. Milby
Clerk of Court

CA  B-03-033

| VIRGINIA CLIVE | § Frank Costilla/Alejandro Garcia |
| --- | --- |
| Vs. | § |
| WAL-MART STORES, INC. | § Jaime Drabek |

### 3ʳᴰ   DAY OF JURY TRIAL

**Plaintiff appeared in person and with Counsel, Frank Costilla and Alejandro Garcia.  Jaime Drabek appeared for the Defendant.**

Jury brought in. Trial resumed. Witness Virginia Clive continues to testify. Plaintiff offers exhibits # 78, 79, 80, and 83. Objection from Deft. Objection overruled. Plaintiffs' exhibits are admitted. Bench conference held.

Lunch recess. Jury excused until 1:30 p.m.

Jury brought in. Trial resumed. Witness Virginia Clive continues to testify. Testimony concluded.

Plaintiff calls Daniel Rincon Witness sworn in. Testimony concluded
Plaintiff calls Jesse Clive. Witness sworn in. Testimony concluded.
Plaintiff calls Elvira Dalyrmple Vela. Witness sworn in. Testimony concluded.

Defendant reads excerpt of Cesar Trevino's deposition into the record.

Defendant presents evidence. Witness for the Defendant: Melissa Cuevas by video tape deposition.
Defendant calls Dr. William Turpin. Witness sworn in. Testimony concluded. Witness excused.

Defendant rests. Plaintiff rests.

Jury excused. Charge conference had.

Court adjourned; exhibits secured. Court to reconvened on **January 15, 2004 @ 9:30 a.m.**

