35

| | |
|---|---|
| JUDGE ANDREW S. HANEN | |
| CASE MANAGER Irma A. Soto | |
| REPORTER Barbara Barnard | LAW CLERK: Christian Southwick |
| U.S.P.O. | P.S.O. |
| D.U.S.M. CSO-Yanez/Canat | INTERPRETER Not Used |

United States District Court
Southern District of Texas
FILED
JAN 1 5 2004
Michael N. Milby
Clerk of Court

TIME: 9:30 - 11:45 A.M. / 1:30 - 5:00 P.M.    DATE 1/15/04

CA B-03-033

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | Frank Costilla/Alejandro Garcia |
| Vs. | § | |
| WAL-MART STORES, INC. | § | Jaime Drabek |

**4ᵀᴴ DAY OF JURY TRIAL**

**Plaintiff appeared in person and with Counsel, Frank Costilla and Alejandro Garcia. Jaime Drabek appeared for the Defendant.**

Plaintiff withdraws exhibits 8 thru 12; without objection-GRANTED.
Defendant withdraws exhibit 117; without objection-GRANTED

Charge conference had. Jury brought in.

Court's charge to the jury. Closing arguments made by counsel.

Jury deliberating.

Jury Note #1 - Oral Response

Lunch recess. Jury excused until 1:30 p.m.

Jury deliberating.

Jury Note # 2- Oral Response.

Jury excused. Court adjourned. Court to reconvened on **January 16, 2004 @ 9:30 a.m.** Jury to continue deliberating.