36

| UNITED STATES DISTRICT COURT ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States District Court Southern District of Texas FILED JAN 1 5 2004 Michael N. Milby Clerk of Court | BROWNSVILLE DIVISION |

| Virginia Clive | CASE NO.  B-03-033 |
|---|---|
| *versus* | |
| Wal-Mart Stores, Inc. Wal-Mart Stores, Texas, L.P. | **Amended Exhibit List** |
| Judge Andrew S. Hanen | Case Manager: Irma Soto<br>Court Reporter: Barbara Barnard |
| List of Plaintiff | Proceeding Date: 1/12 , 2004 |

| No. | Description | Adm | |
|---|---|---|---|
| 1-4 | Photographs of Virginia Clive | ✓ | 1/12/04 |
| 5 | Customer statement dated 6-8-02 | ✓ | 1/12/04 |
| 6 | WITHDRAWN | | |
| 7 | Correspondence from Daniel Rincon, Director for Fiesta Adult Day Care Center, dated 02/20/2003 | | objection-Sust'd |
| 8 | Income Tax Return for 2001 | ✓ | 1/12/04 |
| 9 | Income Tax Return and W-2 for 2000 | ✓ | 1/12/04 |
| 10 | Income Tax Return for 1999 | ✓ | 1/12/04 |
| 11 | Income Tax Return for 1998 | ✓ | 1/12/04 |
| 12 | W-2 Wage and Tax Statement for 2002 on Virginia Clive | ✓ | 1/12/04 |
| 13 | Wal-Mart's Surveillance Video | ✓ | 1/12/04 |
| 14 | Hand-written statement from Gisela Torres dated 6-8-02 | ✓ | 1/12/04 |
| 15 | Wal-Mart Store's Floor Plan | ✓ | 1/12/04 |
| 16 | Wal-Mart's Customer Incident Report (Claim #L2770690) | ✓ | 1/12/04 |
| 17 | Wal-Mart Stores Texas, LP Master Retail Store Lease (WMRT 0002502 - WRMT 0002516) | ✓ | 1/12/04 |
| 18-21 | Wal-Mart's Photographs (4) | ✓ | 1/12/04 |
| 21a | Wal-Mart's Associate Handbook | ✓ | 1/12/04 |
| 22 | Wal-Mart's Customer Safety - CBL Module | ✓ | 1/12/04 |
| 23 | WITHDRAWN | | |

(withdrawn 1/15/04 — exhibits 8-12)

| 24 | WITHDRAWN | | |
|---|---|---|---|
| 25 | Wal-Mart's Personnel Guide - Customer Incidents | ✓ | 1/12/04 |
| 26 | WITHDRAWN | | |
| 27 | Wal-Mart's Day Maintenance Associate Job Description | ✓ | 1/12/04 |
| 28 | WITHDRAWN | | |
| 29 | Wal-Mart's Customer Safety Lesson | ✓ | 1/12/04 |
| 30 | Wal-Mart's Maintenance Manual | ✓ | 1/12/04 |
| 31 | Wal-Mart's Safety Sweep Program | ✓ | 1/12/04 |
| 32 | Wal-Mart's Customer Injury Policy | ✓ | 1/12/04 |
| 33 | Wal-Mart's Store Housekeeping Policy | ✓ | 1/12/04 |
| 34 | Wal-Mart's Emergency Codes & Procedures - Customer Injury | ✓ | 1/12/04 |
| 35 | Wal-Mart's 1997 Risk Management Resource Manual | ✓ | 1/12/04 |
| 36 | Wal-Mart's 1995 Risk Management Team Leader's Guide | ✓ | 1/12/04 |
| 37 | Wal-Mart's 1997 Risk Management Team Leader's Guide | ✓ | 1/12/04 |
| 38 | Wal-Mart's 1998 Risk Management Team Leader's Guide | ✓ | 1/12/04 |
| 39 | Wal-Mart's Slip/Trip/Fall Solutions | ✓ | 1/12/04 |
| 40 | WITHDRAWN | | |
| 41 | National Vital Statistics Reports, United States Life Tables, 1999, Volume 50, Number 6, Table 6 | ✓ | 1/12/04 |

| | | | |
|---|---|---|---|
| 42-63 | Medical and Financial Records Binder on Virginia Clive:<br>- City of Brownsville<br>- Valley Regional Medical Center (medical)<br>- Valley Regional Medical Center (financial)<br>- Dr. Sundeep Reddy/Dr. Lorenzo Pelly<br>- Coastal Radiology Consultants, P.A.<br>- Royal Lea, M.D.<br>- Brownsville Open MRI<br>- Jose G. Dones, M.D.<br>- Alejandro J. Betancourt, M.D.<br>- Harlingen Spine and Neurological Surgical Institute<br>- Valley Baptist Medical Center (medical)<br>- Valley Baptist Medical Center (financial)<br>- Valley Radiologists<br>- Harlingen Anesthesia Associates, Inc.<br>- Central Imaging<br>- George Broughton, II, M.D.<br>- Pisharodi Clinic<br>- APC Home Health Service, Inc. (medical)<br>- APC Home Health Service, Inc. (financial)<br>- Imperial Physical Therapy<br>- Jose Kuri, M.D.<br>- Pathology Laboratory | ✓ | 1/12/04 |
| 64-67 | X-Ray positive proofs (4) | ✓ | 1/12/04 |
| 68 | Deposition of Jorge Montiel | for court use only | |
| 69 | Deposition of Hector Hugo Almanza | for court use only | |
| 70 | Deposition of Gisela Torres | for court use only | |
| 71 | Deposition of Esmeralda Cantu | for court use only | |
| 71a | Videotape of Esmeralda Cantu | for court use only | |
| 72 | Deposition of Cesar S. Trevino | for court use only | |
| 72a | Videotape of Cesar S. Trevino | for court use only | |
| 73 | Deposition of Alejandro J. Betancourt, M.D., P.A. | for court use only | |
| 73a | Videotape of Alejandro J. Betancourt, M.D., P.A. | for court use only | |
| 74 | Curriculum Vitae of H. Harvey Cohen, Ph.D., CPE. | | |
| 75 | Defendants' Answers, Responses and/or Objections to Plaintiff's First Set of Interrogatories and Requests for Production | not admitted | |
| 76 | Defendants' Responses and/or Objections to Plaintiff's First Request for Admissions | | |
| 77 | Employment Records from Fiesta Adult Day Care on Virginia Clive | ✓ | 1/12/04 |
| 78-90 | Photographs of Plaintiff (Bowling Photos & Newspaper Articles) | | |

78 - Photograph ✓ 1/14/04
79 - Photograph ✓ 1/14/04
80 - Photograph ✓ 1/14/04
83 - Photograph ✓ 1/14/04