| UNITED STATES DISTRICT COURT ☆ | SOUTHERN DISTRICT OF TEXAS |
| --- | --- |
| | BROWNSVILLE DIVISION |

| Virginia Clive | CASE NO. B-03-033 |
| --- | --- |
| *versus* | |
| Wal-Mart Stores, Inc. and Wal-Mar Stores, Texas, L.P. | **Witness List** |
| Judge Andrew S. Hanen | Case Manager: Irma Soto<br>Court Reporter: Barbara Barnard |
| List of Plaintiff | Proceeding Date: 1/12/04, ~~2003~~ |

*Filed stamp: United States District Court, Southern District of Texas, FILED JAN 1 5 2004, Michael N. Milby, Clerk of Court*

1. **Hector Almanza**
   Wal-Mart Store #456
   3500 West FM 3248
   Brownsville, Texas 78521
   (956) 350-2022
   Employee; May have knowledge regarding incident, injuries and facts of this case.

2. **Jose Caliz**
   Maintenance
   Wal-Mart Store #456
   3500 West FM 3248
   Brownsville, Texas 78521
   (956) 350-2022
   Defendant's employee, and worked from 11:00 p.m. to 3:00 p.m. on th day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

3. **Esmeralda Cantu**   1/12/04
   1752 Coolidge Street
   Brownsville, Texas 78521
   (956) 542-0766
   Witness; May have knowledge regarding incident, injuries and facts of this case.

✓ Roe Mesick -1/12/04

Witness List                                                                                           Page 1

✓ Alejandro J. Betancourt 1/13/04

4. **Rosie Carranza**
Guest - Risk Control Team
Risk Control Team
Wal-Mart Store #456
3500 West FM 3248
Brownsville, Texas 78521
(956) 350-2022
Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest.

(5.) **Jesse Clive**     1/14/04
Rt. 3, Box 3102
✓ Los Fresnos, Texas 78566
(956) 233-4341
Plaintiff's husband, has knowledge of the incident, injuries and facts of this case.

6. **Mark A. Clive**
Rt. 3, Box 3102
Los Fresnos, Texas 78566
Plaintiff's son; May have knowledge regarding incident, injuries and facts of this case.

(7.) **Virginia Clive**     1/13/04 ; 1/14/04
Rt. 3, Box 3102
✓ Los Fresnos, Texas 78566
(956) 233-4341
Plaintiff, has knowledge of the incident, injuries and facts of this case.

(8.) ✓ **Dr. H. Harvey Cohen**   ✓   1/13/04
Error Analysis, Inc.
5811 Amaya Drive, Suite 205
La Mesa, CA 91942-4156
(619) 464-4427
Plaintiff's expert witness

9. **Melissa Cuevas**
2252 East Polk Street
Brownsville, Texas 78520
(956) 541-6550
Witness; May have knowledge regarding incident, injuries and facts of this case.

10. **Ester Davila**
    Risk Control Team/Dept. 20
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.



11. **Cesar Trevino Esparza**   1/12/04
    37 Alan-A-Dale
    Brownsville, Texas 78521
    (956) 542-5056
    Witness; May have knowledge regarding incident, injuries and facts of this case.

12. **Damian Espinosa**
    Guest - Risk Control Team
    Risk Control Team
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest.

13. **Guadalupe Espinoza**
    Maintenance
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and worked from 6:00 a.m. to 3:00 p.m. on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

14. **Fiesta Adult Day Care**
    and **Daniel Rincon**, Custodian of Records   1/13/04
    6466 S. Padre Island Hwy.
    Brownsville, Texas 78521
    (956) 831-3250
    Plaintiff's employer; May have knowledge regarding incident, injuries and facts of this case, and custodian of records has knowledge of Plaintiff's employment records.

15. **Misael Garcia**
    Risk Control Team/Dep. 16
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

16. **Norma Garcia**
    Risk Control Team/Dept. 82
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

17. **Terry Garcia**
    Risk Control Team/Dept. 26
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

18. **Deana Gonzales**
    Risk Control Team/Dept. 10
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

19. **Lupita Guerra**
    Guest - Risk Control Team
    Risk Control Team
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

20. **Maria De Jesus Lambarri**
    Brownsville Country Club
    105 Navarra
    Brownsville, Texas 78526
    (956) 986-0590
    Witness; May have knowledge regarding incident, injuries and facts of this case.

21. **Molly Lopez**
    Risk Control Team/Risk Control Team Leader
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

22. **Aeropajita Mata**
    Cashier
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and was working on Register #12 on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

23. **Jorge Montiel**
    Store Manager
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee; Has knowledge of Defendant's policies and procedures.

24. **Jorge Montiel**
    Guest - Risk Control Team
    Risk Control Team
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest.

25. **Brenda Ortiz**
    Risk Control Team/Claims
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

26. **Carlos Ortiz**
    Risk Control Team/Management Sponsor
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

27. **Carlos Ortiz**
    Risk Control Team/Dept. 5
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

28. **Juanita Ramirez**
    11 Avalon
    Brownsville, Texas
    (956) 546-3924
    Friend; May have knowledge regarding incident, injuries and facts of this case.

29. **Irma Rangel**
    Maintenance
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and worked from 6:00 a.m. to 3:00 p.m. on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

30. **Dean Saccar**
    Risk Control Team/Dept. 10
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

31. **Joe Salinas**
    Address unknown
    Brownsville, Texas
    (956) 541-2157
    Witness; May have knowledge regarding incident, injuries and facts of this case.

32. **Andrea Sanchez**
    Cashier
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and was working on Register #9 on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

33. **Veronica Tapia**
    Risk Control Team/Dept. 26
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

34. **Gisela Torres**    1/12/04
    Cashier
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and was working on Register #10 on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

35. **Dr. William Richmond Turpin**
    1301 West 38th Street
    Suite 709 Medical Park Tower
    Austin, Texas 78705-1057
    (512) 454-4836
    Defendant's expert witness

36. **Nora Vasquez**
    Cashier
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and was working on Register #11 on the day of the incident in question; May have knowledge regarding incident, injuries and facts of this case.

37. **Nora Vega**
    Risk Control Team/Dept. 17
    Wal-Mart Store #456
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002.

(38.) ✓ **Viri Vela**    1/14/03
    11 Heather
    Brownsville, Texas
    (956) 542-8803
    Friend; May have knowledge regarding incident, injuries and facts of this case.

39. **Manuel Villarreal**
    Claims Management, Inc.
    P.O. Box 8083
    Bentonville, AR 72712-8083
    (479) 621-2900
    Claims adjuster; May have knowledge regarding incident, injuries and facts of this case.

40. **Wal-Mart Store #456**
    3500 West FM 3248
    Brownsville, Texas 78521
    (956) 350-2022
    Defendant

41.  **Margie White**
     6424 S. East Drive
     Albany, Oregon
     (541) 990-0734
     Daughter; May have knowledge regarding incident, injuries and facts of this case.

42.  **Mary Lou Ysasi**
     Guest - Risk Control Team
     Risk Control Team
     Wal-Mart Store #456
     3500 West FM 3248
     Brownsville, Texas 78521
     (956) 350-2022
     Defendant's employee, and attended Risk Control Team Meeting (Wal-Mart Week #20) on June 11, 2002 as a guest.

43.  **Alejandro J. Betancourt, M.D.**
     and **Sylvia Benavidez**, Custodian of Medical Records
     and **Mary Vasquez**, Custodian of Billing Records
     2121 Pease Street, Suite 304
     Harlingen, Texas 78550
     (956) 425-3706
     Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

44.  **APC Home Health Service, Inc.**
     **Susan Tagler, R.N.**
     and **Jovie Cantu**, Custodian of Medical Records
     and **Adam Saldivar**, Custodian of Billing Records
     285 Kings Highway
     Brownsville, Texas 78521
     (956) 546-9641
     Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

45.  **Brownsville Open MRI**
     **Thomas Pirtle, M.D.**
     and **Xochitl Rodriguez**, Custodian of Records
     908 Paredes Line Road
     Brownsville, Texas 78521
     (956) 541-4488

Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

46. **Brownsville Urological Association**
    **Jose Villalobos, M.D.**
    and **Gloria Cavazos**, Custodian of Billing Records
    864 Central Blvd., Suite 500
    Brownsville, Texas 78520
    (956) 546-3595
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

47. **Central Imaging**
    and **Hector de la Torre**, Custodian of Records
    864 Central Blvd., Suite 600
    Brownsville, Texas 78520
    (956) 541-9853
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

48. **City of Brownsville-EMS**
    and **Ma. Jovita Martinez**, Custodian of Records
    954 E. Madison Street
    Brownsville, Texas 78522
    (956) 541-9491
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

49. **Coastal Radiology Consultants, P.A.**
    and **Alma N. Tijerina**, Custodian of Billing Records
    and **Marytza Gonzalez**, Custodian of Billing Records
    1313 Alton Gloor, Suite C
    Brownsville, Texas 78526
    (956) 550-8944
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

50. **Ana C. Gutierrez, M.D.**
    and **Marytza Gonzalez**, Custodian of Billing Records
    1313 Alton Gloor Blvd., Suite C
    Brownsville, Texas 78526-3911
    (956) 550-8944
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

51. **Harlingen Anesthesia**
    and **Becky Najera**, Custodian of Billing Records
    1702 Ed Carey Drive
    Harlingen, Texas 78550
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

52. **Harlingen Spine & Neurological Surgical Institute**
    and **Gabriela Martinez**, Custodian of Medical Records
    2121 Pease Street, Suite 304
    Harlingen, Texas 78550
    (956) 425-3706
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

53. **Heart Institute**
    **Roberto B. Robles, III, M.D.**
    and **Raul Garza**, Custodian of Records
    95 E. Price Road, Bldg C
    Brownsville, Texas 78521
    (956) 546-4202
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

54. **H.E.B. Pharmacy #3**
    and **Dennis Wiesnes**, Custodian of Records
    1628 Central Blvd.
    Brownsville, Texas 78520
    (956) 542-0934
    Plaintiff's pharmacist; May have knowledge of the pharmaceutical and billing records pertaining to Plaintiff.

55. **Imperial Physical Therapy**
    and **Kevin R. Belsole, PTA**, Custodian of Medical Records
    609 Star Ruby Lane
    Brownsville, Texas 78521
    (956) 838-2595
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

56. **Jose Kuri, M.D.**
    and **Rosemary Garza**, Custodian of Records
    98 East Price Road
    Brownsville, Texas 78521
    (956) 546-8622
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

57. **Los Fresnos Pharmacy**
    and **Roberto V. Salinas**, Custodian of Records
    810 W. Ocean Blvd.
    Los Fresnos, Texas 78566
    (956) 233-3400
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

58. **Pathology Laboratory**
    and **Elaine Martinez**, Custodian of Billing Records
    1620 Ed Carey Drive
    Harlingen, Texas 78550

59. **Madhavan Pisharodi, M.D.**
    and **Sonia M. Carrillo**, Custodian of Records
    942 Wild Rose Lane
    Brownsville, Texas 78520
    (956) 541-6725
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

60. **Paloma Healthcare**
    P.O. Box 6266
    Brownsville, Texas 78523
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

61. **Roberto Ponce, M.D.**
    and **Graciela S. Loredo**, Custodian of Records
    2449 Boca Chica Blvd., Suite C
    Brownsville, Texas 78523-5168
    (956) 542-1531
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

62. **The Schumacker Group**
    **George Broughton, II, M.D.**
    **Royal Lea, M.D.**
    **Ramon A. Loji-Hui, M.D.**
    and **Karla James**, Custodian of Financial Records
    P.O. Box 2995
    San Antonio, Texas 78299-2995
    1-800-225-0953
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

63. **Anant K. Utturkar, M.D.**
    and **Arnold Ozuna, Custodian of Records**
    and **Hector De La Torre, Custodian of Records**
    P.O. Box 52236
    McAllen, Texas 78505-2236
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

64. **Valley Baptist Medical Center**
    **Daniel Fuentes, M.D.**
    **Miguel Oneto, M.D.**
    **William Taw, M.D.**
    **Bruce Berberian, M.D.**
    **Lauren Nguyen, M.D.**
    and **Linda R. Gonzalez, RHIT**, Custodian of Medical Records
    and **Diana S. Munguia**, Custodian of Billing Records
    and **Lorraine Webster**, Custodian of X-Rays, MRI, CT Scans and Imaging Records
    2101 Pease Street, Suite 304
    Harlingen, Texas 78550
    (956) 389-1100
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodians of records have knowledge of medical, billing and imaging records pertaining to Plaintiff.

65. **Valley Doctors Clinic**
    **Lorenzo Pelly, M.D.**
    **Emilio Vargas, M.D.**
    **Sundeep Reddy, M.D.**
    and **Stella Morales**, Custodian of Records
    and **Margarita D. Torres**, Custodian of Records
    864 Central Blvd., Suite 400
    Brownsville, Texas 78520
    (956) 546-5194
    or
    394 Military Highway
    Brownsville, Texas 78520
    (956) 544-3226
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodians of records have knowledge of medical and billing records pertaining to Plaintiff.

66. **Valley Radiologists**
    and **Eva Elaine Martinez**, Custodian of Financial Records
    1620 Ed Carey Drive
    Harlingen, Texas 78550
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

67. **Valley Regional Medical Center**
    **Royal Lea, M.D.**
    **Ramon A. Loji-Hui, M.D.**
    **Dr. Brown**
    and **Juanita B. Garza**, Custodian of Medical Records
    and **Rhonda Larkin**, Custodian of Billing Records
    and **Leticia Olivarez**, Custodian of X-Rays, MRI, CT Scans and Imaging Records
    100 A Alton Gloor
    Brownsville, Texas 78521
    (956) 350-724
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodians of records have knowledge of medical, billing records pertaining to Plaintiff.

68. **Jose G. Dones Vasquez, M.D.**
    and **Sylvia Benavidez**, Custodian of Medical Records
    and **Mary Vasquez**, Custodian of Billing Records
    2121 Pease Street, Suite 304
    Harlingen, Texas 78550
    (956) 425-3706
    Plaintiff's medical provider; Has knowledge of Plaintiff's injuries as result of the incident in question, and custodian of records has knowledge of medical and billing records pertaining to Plaintiff.

69. **Walgreens Pharmacy**
    and Custodian of Records
    4490 14th Street
    Brownsville, Texas 78520
    (956) 542-3507
    Plaintiff's pharmacist; May have knowledge of the pharmaceutical and billing records pertaining to Plaintiff.