United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## DEFENDANTS' EXHIBIT LIST

1. Transcript and Videotaped Deposition of Virginia Clive.

2. Transcript and Videotaped Deposition of Melissa Cuevas.

3. Transcript and Videotaped Deposition of Jorge Montiel.

4. Transcript and Videotaped Deposition of Hector Hugo Almanza.

5. Transcript and Videotaped Deposition of Gisela Torres.

6. Transcript and Videotaped Deposition of Esmeralda Cantu.

7. Transcript and Videotaped Deposition of Cesar S. Trevino.

8. Transcript and Videotaped Deposition of Alejandro J. Betancourt, M.D., P.A.

[handwritten annotation: "face count / use only"]

9. Written Questions Directed to Jovie Cantu, Custodian of Medical Records for APC Home Health Service, Inc.

10. Written Questions Directed to Adam Saldivar, Custodian of Billing Records for APC Home Health Service, Inc. *admitted 1/12/04*

11. Written Questions Directed to Jovie Cantu, Custodian of Radiology Records for APC Home Health Service, Inc. *admitted 1/12/04*

12. Written Questions Directed to Sylvia Benavidez, Custodian of Medical Records for Alejandro Betancourt, M.D. *admitted 1/12/04*

13. Written Questions Directed to Mary Vasquez, Custodian of Billing Records for Alejandro Betancourt, M.D. *admitted 1/12/04*

14. Written Questions Directed to Sylvia Benavidez, Custodian of Radiology Records for Alejandro Betancourt, M.D. *admitted 1/12/04*

15. Written Questions Directed to Xochitl Rodriguez, Custodian of Medical Records for Brownsville Open MRI. *admitted 1/12/04*

16. Written Questions Directed to Xochitl Rodriguez, Custodian of Billing Records for Brownsville Open MRI. *admitted 1/12/04*

17. Written Questions Directed to Xochitl Rodriguez, Custodian of Radiology Records for Brownsville Open MRI. *admitted 1/12/04*

18. Written Questions Directed to Gloria Cavazos, Custodian of Medical Records for Brownsville Urological Association. *admitted 1/12/04*

19. Written Questions Directed to Gloria Cavazos, Custodian of Billing Records for Brownsville Urological Association. *admitted 1/12/04*

20. Written Questions Directed to Gloria Cavazos, Custodian of Radiology Records for Brownsville Urological Association. *admitted 1/12/04*

21. Written Questions Directed to Jovita Martinez, Custodian of Medical Records for City of Brownsville EMS. *admitted 1/12/04*

22. Written Questions Directed to Jovita Martinez, Custodian of Billing Records for City of Brownsville EMS. *admitted 1/12/04*

23. Written Questions Directed to Jovita Martinez, Custodian of Radiology Records for City of Brownsville EMS. *admitted 1/12/04*

24. Written Questions Directed to Marytza Gonzalez, Custodian of Medical Records for Coastal Radiology Consultants, P.A. *admitted 1/12/04*

25. Written Questions Directed to Marytza Gonzalez, Custodian of Billing Records for Coastal Radiology Consultants, P.A. *admitted 1/12/04*

26. Written Questions Directed to Marytza Gonzalez, Custodian of Radiology Records for Coastal Radiology Consultants, P.A. *admitted 1/12/04*

27. Written Questions Directed to Daniel Rincon, Custodian of Employment Records (Personnel & Payroll) for Fiesta Adult Day Care. *admitted 1/12/04*

28. Written Questions Directed to Marytza Gonzalez, Custodian of Medical Records for Ana Gutierrez, M.D. *admitted 1/12/04*

29. Written Questions Directed to Marytza Gonzalez, Custodian of Billing Records for Ana Gutierrez, M.D. *admitted 1/12/04*

30. Written Questions Directed to Marytza Gonzalez, Custodian of Radiology Records for Ana Gutierrez, M.D. *admitted 1/12/04*

31. Written Questions Directed to Becky Najera, Custodian of Medical Records for Harlingen Anesthesia Associates. *admitted 1/12/04*

32. Written Questions Directed to Becky Najera, Custodian of Billing Records for Harlingen Anesthesia Associates. *admitted 1/12/04*

33. Written Questions Directed to Becky Najera, Custodian of Radiology Records for Harlingen Anesthesia Associates. *admitted 1/12/04*

34. Written Questions Directed to Raul Garza, Custodian of Medical Records for Heart Institute. *admitted 1/12/04*

35. Written Questions Directed to Raul Garza, Custodian of Billing Records for Heart Institute. *admitted 1/12/04*

36. Written Questions Directed to Raul Garza, Custodian of Radiology Records for Heart Institute. *admitted 1/12/04*

37. Written Questions Directed to Dennis Weisnes, Custodian of Pharmaceutical Records for H.E.B. Pharmacy-Brownsville. *admitted 1/12/04*

38. Written Questions Directed to Dennis Weisnes, Custodian of Pharmaceutical Billing Records for H.E.B. Pharmacy-Brownsville. *admitted 1/12/04*

39. Written Questions Directed to Kevin Robert Belsole, Custodian of Medical Records for Imperial Physical Therapy. *admitted 1/12/04*

40. Written Questions Directed to Kevin Robert Belsole, Custodian of Billing Records for Imperial Physical Therapy. *admitted 1/12/04*

41. Written Questions Directed to Kevin Robert Belsole, Custodian of Radiology Records for Imperial Physical Therapy. *admitted 1/12/04*

42. Written Questions Directed to Rosemary Garza, Custodian of Medical Records for Jose Kuri, M.D. *admitted 1/12/04*

43. Written Questions Directed to Rosemary Garza, Custodian of Billing Records for Jose Kuri, M.D. *admitted 1/12/04*

44. Written Questions Directed to Rosemary Garza, Custodian of Radiology Records for Jose Kuri, M.D. *admitted 1/12/04*

45. Written Questions Directed to Roberto V. Salinas, Custodian of Pharmaceutical Records for Los Fresnos Pharmacy. *admitted 1/12/04*

46. Written Questions Directed to Roberto V. Salinas, Custodian of Pharmaceutical Billing Records for Los Fresnos Pharmacy. *admitted 1/12/04*

47. Written Questions Directed to Margarita D. Torres, Custodian of Medical Records for Dr. Lorenzo R. Pelly. *admitted 1/12/04*

48. Written Questions Directed to Margarita D. Torres, Custodian of Billing Records for Dr. Lorenzo R. Pelly. *admitted 1/12/04*

49. Written Questions Directed to Sonia M. Carillo, Custodian of Medical Records for Pisharodi Clinic. *admitted 1/12/04*

50. Written Questions Directed to Sonia M. Carillo, Custodian of Billing Records for Pisharodi Clinic. *admitted 1/12/04*

51. Written Questions Directed to Sonia M. Carillo, Custodian of Radiology Records for Pisharodi Clinic. *admitted 1/12/04*

52. Written Questions Directed to Graciela S. Loredo, Custodian of Medical Records for Roberto Ponce, M.D. *admitted 1/12/04*

53. Written Questions Directed to Graciela S. Loredo, Custodian of Billing Records for Roberto Ponce, M.D. *admitted 1/12/04*

54. Written Questions Directed to Graciela S. Loredo, Custodian of Radiology Records for Roberto Ponce, M.D. *admitted 1/12/04*

55. Written Questions Directed to Karla James, Custodian of Medical Records for The Schumacker Group. *admitted 1/12/04*

56. Written Questions Directed to Karla James, Custodian of Billing Records for The Schumacker Group. *admitted 1/12/04*

57. Written Questions Directed to Karla James, Custodian of Radiology Records for The Schumacker Group. *admitted 1/12/04*

58. Written Questions Directed to Hector De La Torre, Custodian of Medical Records for Anant T. Utturkar, M.D. *admitted 1/12/04*

59. Written Questions Directed to Arnold Ozuna, Custodian of Billing Records for Anant T. Utturkar, M.D. *admitted 1/12/04*

60. Written Questions Directed to Hector De La Torre, Custodian of Radiology Records for Anant T. Utturkar, M.D. *admitted 1/12/04*

61. Written Questions Directed to Linda R. Gonzalez, R.N., Custodian of Medical Records for Valley Baptist Medical Center. *admitted 1/12/04*

62. Written Questions Directed to Diana S. Munguia, Custodian of Billing Records for Valley Baptist Medical Center. *admitted 1/12/04*

63. Written Questions Directed to Lorraine Webster, Custodian of Radiology Records for Valley Baptist Medical Center. *admitted 1/12/04*

64. Written Questions Directed to Margarita D. Torres, Custodian of Medical Records for Valley Doctors Clinic. *admitted 1/12/04*

65. Written Questions Directed to Margarita D. Torres, Custodian of Billing Records for Valley Doctors Clinic. *admitted 1/12/04*

66. Written Questions Directed to Margarita D. Torres, Custodian of Radiology Records for Valley Doctors Clinic. *admitted 1/12/04*

67. Written Questions Directed to Eva Elaine Martinez, Custodian of Medical Records for Valley Radiology & Associates. *admitted 1/12/04*

68. Written Questions Directed to Eva Elaine Martinez, Custodian of Billing Records for Valley Radiology & Associates. *admitted 1/12/04*

69. Written Questions Directed to Eva Elaine Martinez, Custodian of Radiology Records for Valley Radiology & Associates. *admitted 1/12/04*

70. Written Questions Directed to Juanita B. Garza, Custodian of Medical Records for Valley Regional Medical Center. *admitted 1/12/04*

71. Written Questions Directed to Rhonda Larkin, Custodian of Billing Records for Valley Regional Medical Center. *admitted 1/12/04*

72. Written Questions Directed to Leticia Olivarez, Custodian of Radiology Records for Valley Regional Medical Center. *admitted 1/12/04*

73. Written Questions Directed to Sylvia Benavidez, Custodian of Medical Records for Jose G. Dones Vasquez, M.D. *admitted 1/12/04*

74. Written Questions Directed to Mary Vasquez, Custodian of Billing Records for Jose G. Dones Vasquez, M.D. *admitted 1/12/04*

75. Written Questions Directed to Sylvia Benavidez, Custodian of Radiology Records for Jose G. Dones Vasquez, M.D. *admitted 1/12/04*

76. Written Questions Directed to Justine Hanciaux, Custodian of Pharmaceutical Records for Walgreen's Pharmacy. *admitted 1/12/04*

77. Written Questions Directed to Justine Hanciaux, Custodian of Pharmaceutical Billing Records for Walgreen's Pharmacy. *admitted 1/12/04*

78. Defendant Wal-Mart's Dec Sheet. — *Withdrawn 1/12/04*

79. Incident Report. — *admitted 1/12/04*

80. Plaintiff's Customer Statement. — *admitted 1/12/04*

81. Blank Copy of Customer Statement. — *w/drawn 1/12/04*

82. Statement of Gisela Torres. — *admitted 1/12/04*

83. Four (4) photographs regarding the scene of the incident. *admitted 1/12/04*

84. Videotape regarding Plaintiff's incident recorded by Defendant store's surveillance camera of the area where the incident occurred. *1/12/04 - admitted*

85. Defendant Wal-Mart's Floor Plan (WMRT 002471). *1/12/04 - admitted*

86. Defendant Wal-Mart's Master Lease. *admitted 1/12/04*

    Document entitled, "Wal-Mart Week #20 (Risk Control Team Meeting)". *admitted - 1/12/04*

87. Video entitled, "The Wal-Mart Maintenance Program". *admitted - 1/12/04*

88. Defendants' CD containing the following documents: *admitted - 1/12/04*

    a) Associate Handbook (WM097468C000001 - 000050); *admitted*

    b) Customer Safety - CBL Module (WM097468C000051 - 000078); *admitted*

    c) CMI Customer Incident Photo Sheet (WM097468C000079 - 000080);

    d) CMI Customer Statement (WM097468C000081);

    e) Personnel Guide - Customer Incidents (WM097468C000082 - 000089);

    f) Safety Sweep Guidelines (WM097468C000090);

    g) Day Maintenance Associate Job Description (WM097468C000091 - 000094);

      h)      Night Maintenance Associate Job Description (WM097468C000095 - 000098);

      i)      Customer Safety Lesson (WM097468C000099 - 000104);

      j)      Maintenance Manual (WM097468C000105 - 000159);

      k)      Safety Sweep Program (WM097468C000160);

      l)      Customer Injury Policy (WM097468C000161 - 000164);

      m)      Store Housekeeping Policy (WM097468C000165 - 000169);

      n)      Emergency Codes & Procedures - Customer Injury (WM097468C000170);

      o)      1997 Risk Management Resource Manual (WM097468C000171 - 001224);

      p)      1995 Risk Management Team Leader's Guide (WM097468C001225 - 001342);

      q)      1997 Risk Management Team Leader's Guide (WM097468C001343 - 001462);

      r)      1998 Risk Management Team Leader's Guide (WM097468C001463 - 001483); and

      s)      Slip/ Trip/ Fall Solutions (WM097468C001484 - 001487).

89.    Curriculum Vitae of Alejandro J. Betancourt, M.D., P.A. *—admitted 1/12/04*

90.    Curriculum Vitae of H. Harvey Cohen, Ph.D., CPE. *—admitted 1/12/04*

91.    Curriculum Vitae of William R. Turpin, M.D., P.A.

92.    Report of H. Harvey Cohen, Ph.D., CPE. *for court use only*

93.    Report of William R. Turpin, M.D., P.A.

94.    Plaintiff's Rule 26(a) Initial Disclosures

95.    Plaintiff's First Supplemental Rule 26(a) Initial Disclosures

96.    Plaintiff's Second Supplemental Rule 26(a) Initial Disclosures   *for court use only*

97.    Plaintiff's Third Supplemental Rule 26(a) Initial Disclosures

98.    Plaintiff's Fourth Supplemental Rule 26(a) Initial Disclosures

99.    Plaintiff's Answers and Responses to Defendants First Set of Interrogatories and First Requests for Production.

100. Plaintiff's First Supplemental Answers and Responses to Defendants' First Set of Interrogatories and First Requests for Production.

101. Plaintiff's Second Supplemental Answers and Responses to Defendants First Set of Interrogatories and First Requests for Production.

102. Plaintiff's Third Supplemental Answers and Responses to Defendants' First Set of Interrogatories and First Requests for Production.

103. Plaintiff's Fourth Supplemental Answers and Responses to Defendants' First Set of Interrogatories.

104. Defendants' Rule 26(a) Disclosures.

105. Defendants' Supplemental Rule 26(a) Disclosures.

106. Defendants' Second Supplement to Rule 26(a) Disclosures.

107. Defendants' Third Supplement to Rule 26(a) Disclosures. *for court use only*

108. Defendants' Fourth Supplement to Rule 26(a) Disclosures.

109. Defendants Answers, Responses and/or Objections to Plaintiff's First Set of Interrogatories and Requests for Production.

110. Defendants' Responses and/or Objections to Plaintiff's First Request for Admissions.

111. Defendants' First Supplemental Responses to Plaintiff's First Requests for Production.

112. Defendants' Second Supplemental Responses to Plaintiff's First Requests for Production.

113. Defendants Responses and/or Objections to Plaintiff's Second Set of Requests for Production.

114. -
118. Plaintiff's 1998, 1999, 2000, 2001 & 2002 Income Tax Returns. —*admitted 1/12/04*
*#117 - w/drawn 1/15/04*

119. U.S. Government Worklife Expectancy Tables.