39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINA CLIVE | § § | |
| VS | § § § | CA NO. B-03-033 |
| WAL-MART STORES | § | |

JURY NOTE NO. _1_

☐ We have reached a verdict.

☑ _The jurors have come to a mutual agreement that it be Margarita Fern (Juror #6) hold the responsibility as the foreperson._

Foreperson  _Margarita Fer_
Date        _01-15-04_
Time        _11.45_