40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

VIRGINA CLIVE                    §
                                 §
VS                               §        CA NO. B-03-033
                                 §
WAL-MART STORES                  §

JURY NOTE NO. 2

☐    We have reached a verdict.

☑    We have not come to a conclusion
@ this time. We are still deliberating.
What are your instructions?

Foreperson    _Margarita Fern_
Date          01-15-04
Time          4:45pm