```
JUDGE    ANDREW  S.  HANEN
CASE MANAGER   Irma A. Soto
REPORTER  Barbara Barnard          LAW CLERK:  Christian Southwick
U.S.P.O.                           P.S.O.
D.U.S.M.  CSO-Yanez/Canat          INTERPRETER   Not Used

TIME: 9:30 - 12:00 noon            DATE  1/16/04
```

United States District Court
Southern District of Texas
FILED
JAN 1 6 2004
Michael N. Milby
Clerk of Court

CA  B-03-033

| VIRGINIA CLIVE | § | Frank Costilla/Alejandro Garcia |
|---|---|---|
| Vs. | § | |
| WAL-MART STORES, INC. | § | Jaime Drabek |

### 5TH  DAY OF JURY  TRIAL
(Jury Deliberating)

Plaintiff appeared in person and with Counsel, Frank Costilla and Alejandro Garcia. Jaime Drabek appeared for the Defendant.

Jury deliberating.

Jury Note #3 - Verdict reached.

All parties present. Jury brought into the courtroom. Jury Verdict received, read into the record and filed.

Jury excused.

Court adjourned.