42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2004

Michael N. Milby
Clerk of Court

VIRGINA CLIVE                    §
                                 §
VS                               §        CA NO. B-03-033
                                 §
WAL-MART STORES                  §

**JURY NOTE NO.** _3_

☑  We have reached a verdict.

☐  _____

Foreperson  _Margarita Fern_
Date        _01-18-04_
Time        _11:45_