IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 2 2 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

TO THE HONORABLE U.S. DISTRICT COURT:

NOW COMES PLAINTIFF VIRGINIA CLIVE and respectfully submits her Motion for Entry of Judgment pursuant to Federal Rules of Civil Procedure 54 and 58, and in support thereof would show the court as follows, to-wit:

1. This action came on for trial on January 12, 2004, before the Court and a jury with the Honorable Andrew S. Hanen, United States District Judge for the Southern District of Texas, presiding.

2. At the conclusion of the evidence and after a 3 ½ day trial, the Court submitted the cause to the jury on written questions. The charge of the Court, including the jury questions, and the verdict of the jury are incorporated in this motion for all purposes by reference.

3. The jury awarded damages for the following elements and amounts as follows:

| | |
|---|---|
| Past physical pain and mental anguish: | $ 50,000 |
| Future physical pain and mental anguish: | $ 50,000 |
| Past loss of earnings: | $ 15,000 |
| Future loss of earning capacity: | $125,000 |

| | |
|---|---|
| Past disfigurement: | $ 5,000 |
| Future disfigurement: | $ 5,000 |
| Past impairment: | $100,000 |
| Future impairment: | $100,000 |
| Past medical expenses: | $100,000 |
| Future medical expenses: | $ 50,000 |

The sum of compensatory damages awarded totals to $600,000 and is subject to a ten percent (10%) reduction for the percentage of negligence that the jury attributed to Plaintiff. The adjusted damages total to $540,000.

4.  In her complaint, Plaintiff specifically requested prejudgment and postjudgment interest. State law governs the award of prejudgment interest. Postjudgment interest is governed by 28 U.S.C. § 1961. *Federal Sav. and Loan Ins. Corp. v. Texas Real Estate Counselors, Inc.* 955 F.2d 261, 270 (5th Cir. (Tex.) 1992); *Bartholomew v. CNG Producing Co.*, 832 F.2d 326, 330-31 (5th Cir. 1987). Under Texas law prejudgment interest accrues on the amount of a judgment during the period beginning on the earlier of the 180th day after the date the defendant receives written notice of a claim or the date the suit is filed and ending on the day preceding the date judgment is rendered. TEX. FIN. CODE ANN. 304.104 (Vernon Supp. 2003). Prejudgment interest is computed as simple interest and does not compound. *Id.* The prejudgment interest rate is based on the Federal Reserve prime rate and is equal to five percent a year if the prime rate is less than five percent. *See* TEX. FIN. CODE ANN. 304.003(c). Presently, the prime rate is four percent (4%). *See* Federal Reserve Board Statistical Release, *Pub. H.15-Selected Interest Rates* (January 21, 2004). Prejudgment interest may not be assessed or recovered on an award of future damages. TEX. FIN. CODE ANN. 304.1045

(Vernon Supp. 2003). Plaintiff's suit was filed on February 6, 2003. Using January 30, 2004 for entry of judgment, interest would be computed as simple interest at five percent for 358 days on past damages which totaled to $270,000. The prejudgment interest total is $13,241. Postjudgment interest will be calculated as set forth by 28 U.S.C. § 1961.

5.   Plaintiff will submit her bill of costs pursuant to the Federal Rules of Civil Procedure and Southern District of Texas Local Rules.

6.   Because the verdict of the jury was for the Plaintiff and against the Defendant, judgment should be rendered on the verdict in favor of Plaintiff VIRGINIA CLIVE and against Defendant WAL-MART.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that her Motion for Entry of Judgment be Granted.

Respectfully submitted,
**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520
Telephone   : (956) 541-4982
Facsimile    : (956) 544-3152

Frank Costilla
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Federal I.D. No. 30411

## CERTIFICATE OF SERVICE

On this the 22nd day of January 2004, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

Mr. Jaime A. Drabek  *Via* CM/RRR 7003 1010 0003 6965 3114
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas 78550

_____
Alejandro J. Garcia

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with Defendant's counsel and cannot agree about the disposition of this motion.

_____
Alejandro J. Garcia