≈AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

___Southern___ District of ___Texas___

VIRGINIA CLIVE

v.

WAL-MART STORES, INC., et al.

**BILL OF COSTS**

Case Number: B-03-033

United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

Judgment having been entered in the above entitled action on _____ against ___Defendants___,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 150.00 |
| Fees for service of summons and subpoena ................................................ | 224.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing .................................................... | |
| Fees for witnesses (itemize on reverse side) ............................................. | 160.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 50.00 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ......................................... | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .......................................................... | 3,439.63 |
| TOTAL | $ 4,023.63 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Messr. Jaime Drabek

Signature of Attorney: _[signature]_

Name of Attorney: Frank Costilla

For: Plaintiff                                                      Date: 02-04-03
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                    Deputy Clerk                    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Cesar Trevino, 37 Alan-A-Dale, Brownsville, TX | 1 | 40.00 | | | | | 40.00 |
| Cesar Trevino, 37 Alan-A-Dale, Brownsville, TX | 1 | 40.00 | | | | | 40.00 |
| Esmeralda Cantu, 1752 Coolidge St., Brownsville, TX | 1 | 40.00 | | | | | 40.00 |
| Esmeralda Cantu, 1752 Coolidge St., Brownsville, TX | 1 | 40.00 | | | | | 40.00 |
| | | | | | | TOTAL | 160.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

## ATTACHMENT TO BILL OF COSTS

Other costs (please itemize):

| | | | |
|---|---|---|---|
| a) | Cost for copy of deposition of Virginia Clive. | $ | 90.70 |
| b) | Cost for depositions of Cesar Trevino and Esmeralda Cantu. | $ | 445.00 |
| c) | Cost for copy of deposition of Melissa Cuevas. | $ | 58.78 |
| d) | Cost for depositions of Gisela Torres, Jorge Montiel and Hector H. Almanza. | $ | 583.00 |
| e) | Cost for deposition of Alejandro J. Betancourt. | $ | 365.75 |
| f) | Dr. Harvey Cohen travel expense (attached) by common carrier. 28 U.S.C. § 1821(c)(1). | $ | 1,841.40 |
| g) | Dr. Harvey Cohen lodging in Brownsville Max. per diem lodging amount. 28 U.S.C. § 1821(d) | $ | 55.00 |
| | Total | $ | 3,439.63 |

**Continental Airlines**

Welcome, **Mr. Frank Costilla**

MY ACCOUNT | SIGN OUT

SEARCH | CONTACT US | HELP

TRAVEL CENTER | TRAVEL CENTER

SEARCH FLIGHTS › CHOOSE FLIGHTS › TICKET DETAILS › TRAVELER DETAILS › COMPLETE PURCHASE › CONFIRMATION

# Your Purchase is Confirmed

| Continental Confirmation Number: VYH68D | Itinerary Number: 9192128 |
|---|---|

San Diego, CA (SAN) to Houston/ George Bush, TX (IAH) on Mon., Jan. 12, 2004
Houston/ George Bush, TX (IAH) to Brownsville, TX (BRO) on Mon., Jan. 12, 2004
Brownsville, TX (BRO) to Houston/ George Bush, TX (IAH) on Tue., Jan. 13, 2004
Houston/ George Bush, TX (IAH) to San Diego, CA (SAN) on Tue., Jan. 13, 2004

A confirmation e-mail of your itinerary will be sent to **becky@costillalaw.com**.

| Flight | Departing | Arriving | Equip | Stops | Duration | OnePass/Elite Miles* |
|---|---|---|---|---|---|---|
| CO335 | San Diego, CA (SAN) **3:07 p.m.** | Houston/ George Bush, TX (IAH) **8:05 p.m.** | Boeing 737-700 | 0 | Mon., Jan. 12, 2004 2hr 58mn | 1,303/100% |

Class: Economy (H)  Meal: Snack. No Special Meal Offered.

| CO2835 | Houston/ George Bush, TX (IAH) **8:55 p.m.** | Brownsville, TX (BRO) **10:08 p.m.** | Embraer RJ145 | 0 | Mon., Jan. 12, 2004 1hr 13mn | 500/100% |

Class: Economy (H)  Meal: None
Continental flight 2835 operated by ExpressJet Airlines, Inc. dba Continental Express.

| CO2572 | Brownsville, TX (BRO) **4:15 p.m.** | Houston/ George Bush, TX (IAH) **5:29 p.m.** | Embraer RJ145 | 0 | Tue., Jan. 13, 2004 1hr 14mn | 500/100% |

Class: Economy (H)  Meal: None
Continental flight 2572 operated by ExpressJet Airlines, Inc. dba Continental Express.

| CO1031 | Houston/ George Bush, TX (IAH) **8:40 p.m.** | San Diego, CA (SAN) **9:59 p.m.** | Boeing 737-800 | 0 | Tue., Jan. 13, 2004 3hr 19mn | 1,303/100% |

Class: Economy (H)  Meal: None

*Upon completion of this itinerary, OnePass members would have earned up to 3,606 OnePass miles.
Enroll instantly in OnePass to earn miles toward free travel.

**Passengers:**

**Dr. Harvey Cohen**
Seat Assignments:    8D | 19A | 4B | 28C
Special Meal Requests    No Preference
(on applicable flights):
E-mail Address:    becky@costillalaw.com
Business/Other Phone:    (619) 464-4427 - United States

| **Price:** | | **Payment Information:** | |
|---|---|---|---|
| 1 Adult | $1,683.72 | Name of Cardholder: | Frank Costilla |
| Taxes | $157.68 | Card Type: | American Express |
| **Total Price** | **$1,841.40** | Expiration Date: | 05/06 |

**Manage Your Reservations:**

To view your reservation at any time, visit Manage Reservations.

**Get the Flight Status of All Your Flights**

TripAlert is a service for OnePass members to have your flight's status sent to your email, phone or pager. Subscribe now.

**Be Secure While Traveling**

Protect your vacation with the new TravelFunds® Card by American Express. The pre-paid, reloadable card that's not linked to your bank account. Plus, if it's lost or stolen your balance is refundable, usually in 24 hours. Earn 500 bonus OnePass miles with a purchase of any American Express travel funds products. See details.

Hotel Search    Car Search    Flight Search    Vacation Packages

**Important Travel Information:**

- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Specials meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
- Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

Continental.com Terms, Conditions and Legal Notices. OnePass Terms and Conditions. Privacy Policy.
Copyright © 2004 Continental Airlines, Inc. All rights reserved.

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-033 |
| WAL-MART STORES, INC. and WAL-MART STORES, TEXAS, L.P. | § § § | |

| | | |
|---|---|---|
| STATE OF TEXAS | § § | AFFIDAVIT OF FRANK COSTILLA |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared FRANK COSTILLA, known to me to be the person who subscribed his name below, who, after having first been duly sworn by me, on oath deposes and says:

"My name is FRANK COSTILLA. I am over the age of twenty-one (21) years, and I am competent in all respects to testify herein. I have read the foregoing Bill of Costs in this case and the amount of $4,023.63 is a true and correct amount. The taxable costs being claimed are allowed by law under 28 U.S.C. §§ 1821, 1920, are correctly stated, have been necessarily incurred in this case, and the services for which fees have been charged were actually and necessarily performed."

_____
FRANK COSTILLA

SUBSCRIBED AND SWORN to before me, a Notary Public, this 4th day of February, 2004.

_____
Notary Public, State of Texas
My Commission Expires: 06-27-2005

[Notary Seal: ROSALINDA M. GARZA, Notary Public, State of Texas, My Commission Expires 06-27-2005]