United States District Court
Southern District of Texas
ENTERED

FEB 2 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER

The court has before it the Motion to Enter Judgment filed by the plaintiff and the defendants' Response thereto and their Proposed Final Judgment. One of the defendants' objections is the lack of specificity as to the calculations of the interest and/or how the contributory negligence was taken into account. The court, while acknowledging that no case requires such a calculation, finds that it would be helpful to all parties and the court, and hereby orders the plaintiff to submit by letter to the court with a copy to defense counsel the actual calculation(s) used to support plaintiff's motion. Counsel is requested to comply within one week of receipt of this order.

Signed this 20th day of February, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge