```
                                                    United States District Court
                                                     Southern District of Texas
                                                            ENTERED
      IN THE UNITED STATES DISTRICT COURT            MAR 0 5 2004
       FOR THE SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION                  Michael N. Milby, Clerk of Court
                                                    By Deputy Clerk _____
```

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC., ET AL. | § | |

## ORDER

The court has before it the Plaintiff's Motion for Entry of Judgment and the Defendants' Response to Plaintiff's Motion and Defendants' Proposed Final Judgment. The court has previously ordered Plaintiff to file with the court the actual calculations underlying her proposed judgment. Plaintiff complied on February 27, 2004.

The court, having considered both the Plaintiff's motion and the Defendants' response and cross-motion hereby grants the Plaintiff's motion in-part and denies it in-part and grants the Defendants' motion (objections) in-part and denies it in-part. Specially, the court sustains the Defendants' objection to the award of damages for medical expenses that in reasonable probability Virginia Clive will sustain in the future. The court finds there is no evidence to support that element of damage. The court denies the remainder of the Defendants' objections. With the exception of the award of damages for future medical expenses, the court grants Plaintiff's Motion for Entry of Judgment and the attached judgment is hereby granted.

Signed this 5th day of March, 2004.

_____
Andrew S. Hanen
United States District Judge