

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC., ET AL. | § | |

## FINAL JUDGMENT

This action came on for trial on January 12, 2004, before the Court and a jury, with the undersigned presiding. After the issues were tried and the jury rendered its verdict, the court considered the post verdict motions and ruled upon those in a separate order dated today.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff Virginia Clive recover of the Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores, Texas, L.P. the sum of four hundred ninety-five thousand dollars ($495,000) for compensatory damages, plus prejudgment interest of thirteen thousand forty-eight dollars 77/100 cents ($13,048.77), postjudgment interest to be calculated in accordance with 28 U.S.C. § 1961(a) until the judgment is paid, and court costs totaling four thousand twenty-three dollars 63/100 cents ($4,023.63).

SIGNED this 5th day of March, 2004.

_____
Andrew S. Hanen
United States District Judge