# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VIRGINIA CLIVE | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-033 |
| | § |
| WAL-MART STORES, INC. | § |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **MOTION FOR NEW TRIAL BY WAL-MART STORES, INC.**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN**

DATE AND TIME:   May 10, 2004 @ 11:00 a.m.


TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
       Irma A. Soto, Deputy Clerk

DATE: May 4, 2004

TO: **Frank Costilla
    Jaime Drabek**