# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| WAL-MART STORES, INC. | § | |

TYPE OF CASE:        __X__ CIVIL                                          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **Correspondence received advising the Court that settlement has been reached. Hearing scheduled for May 10, 2004 is hereby cancelled. STATUS CONFERENCE (IF NECESSARY) IS HEREBY SET FOR 6/18/04 @ 9:30 A.M. BEFORE JUDGE HANEN.**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                       ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE                       THIRD FLOOR COURTROOM, #6
600 E. HARRISON STREET                                                   BEFORE JUDGE ANDREW S. HANEN
BROWNSVILLE, TEXAS


TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _____
Irma A. Soto, Deputy Clerk

DATE: May 7, 2004
TO: Frank Costilla
    Jaime Drabek