

# THE LAW OFFICES OF

# FRANK COSTILLA, L.P.

**Frank Costilla**
E-Mail: frank@costillalaw.com

**Alejandro J. Garcia**
E-Mail: hondo@costillalaw.com

5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

United States District Court
Southern District of Texas
RECEIVED
MAY 11 2004
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED
MAY 11 2004
Michael N. Milby
Clerk of Court

May 7, 2004

Ms. Irma Soto, Case Manager
United States District Clerk
600 East Harrison Street
Brownsville, TX 78520

*Via Facsimile (956) 548-2598*
*and Regular Mail*

Re:   Civil Action No. B-03-033; *Virginia Clive vs. Wal-Mart Stores, Inc., et al.*

Dear Ms. Soto:

By this letter, the parties in the above-referenced cause are announcing to this Court that they have reached a settlement in connection with this Court's Final Judgment rendered on March 5, 2004.

Accordingly, Defendant's Motion for New Trial and Motion to Reform Judgment is moot and the parties, by agreement of all counsel involved, respectfully request that the hearing on Defendant's motion which was set for Monday, May 10, 2004 be canceled.

Should the Court have any questions regarding this matter, please contact the offices for the undersigned attorneys. Thank-you for your cooperation in this matter.

Sincerely,

**LAW OFFICES OF FRANK COSTILLA, L.P.**

Alejandro J. Garcia

AJG/rmg

xc:   Mr. Jaime Drabek                                       *Via Facsimile (956) 428-4880*