IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § § § | |
| vs. | § § | CIVIL ACTION NO: B-03-033 |
| **WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LP** | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**VIRGINIA CLIVE,** Plaintiff in the above styled and numbered cause moves the Court to dismiss her cause of action against Defendants, **WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LP,** and as grounds therefore would show the Court that this Plaintiff and these Defendants have settled all disputes and differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that her cause of action against Defendants be dismissed with prejudice with Court costs to be paid by party incurring same.

Respectfully submitted,

**Law Offices of Frank Costilla**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

_____
Frank Costilla
SBOT: 04856500
Federal ID No. 1509
*ATTORNEY FOR PLAINTIFF*

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

_____
Jaime A. Drabek
SBOT: 06102410
Federal ID No. 8643
*ATTORNEYS FOR DEFENDANTS*