IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VIRGINIA CLIVE | § § § | |
| vs. | § § | CIVIL ACTION NO: B-03-033 |
| WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LP | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**VIRGINIA CLIVE**, Plaintiff, having presented his Motion to Dismiss his action against Defendants, **WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LP,,** and the Court having considered said Motion is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that this cause of action against Defendant **WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LP**, be dismissed with prejudice, with court costs to be paid by party incurring same.

SIGNED this _14th_ day of _June_, 2004.

_____
JUDGE PRESIDING

Approved As To Form:

**Law Offices of Frank Costilla**
5 East Elizabeth Street
Brownsville, Texas  78520
(956) 541-4982
(956) 544-3152 (fax)

_____
Frank Costilla
SBOT: 04856500
Federal ID No. 1509
*ATTORNEY FOR PLAINTIFF*

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas  78550
(956) 428-4544
(956) 428-4880 (fax)

_____
Jaime A. Drabek
SBOT: 06102410
Federal ID No. 8643
*ATTORNEYS FOR DEFENDANTS*