61


United States District Court
Southern District of Texas
ENTERED
JUN 14 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-033 |
| | § | |
| | § | |
| WAL-MART STORES, INC. AND | § | |
| WAL-MART STORES TEXAS, LP | § | |

**ORDER**

All pending motions in this case are hereby denied with prejudice.

Signed this 14th day of June, 2004.

Andrew S. Hanen
United States District Judge