

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **VIRGINIA CLIVE** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-033** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES, INC. and** | § | |
| **WAL-MART STORES, TEXAS, L.P.** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW TRIAL EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Virginia Clive, Plaintiff, by and through her attorney of record, and moves this Court to allow her to withdraw the trial exhibits introduced into evidence by Plaintiff during the trial of the above-styled and numbered cause.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

**Frank Costilla**
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. "Hondo" Garcia**
State Bar No. 24004663
Federal I.D. No. 30411

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the 26th day of July, 2004, a true and correct copy of the above and foregoing Plaintiff's Motion for Leave to Withdraw Trial Exhibits was sent to opposing counsel, as indicated below:

Mr. Jaime A. Drabek
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas 78550

Via Regular Mail

Alejandro J. "Hondo" Garcia