```
United States District Court
 Southern District of Texas
         FILED
    AUG 0 5 2004
   Michael N. Milby
    Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

### CERTIFICATE OF CONFERENCE

I, Alejandro J. "Hondo" Garcia, hereby certify that counsel for Defendants is **unopposed** to Plaintiff's Motion for Leave to Withdraw Trial Exhibits which was filed with this Court on July 26, 2004.

*[signature]*

Frank Costilla
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. "Hondo" Garcia**
State Bar No. 24004663
Federal I.D. No. 30411
**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 E. Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:   (956) 544-3152

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

On this the 5th day of August, 2004, a true and correct copy of the above and foregoing Certificate of Conference was sent to opposing counsel, as indicated below:

Mr. Jaime Drabek                                          Via Facsimile
The Law Firm of Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, TX 78550

*[signature]*
Alejandro J. "Hondo" Garcia