IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 13 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VIRGINIA CLIVE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-033 |
| | § | (Jury Requested) |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES, TEXAS, L.P. | § | |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE
TO WITHDRAW TRIAL EXHIBITS**

On this 12th day of August, 2004, Plaintiff's Motion for Leave to Withdraw Trial Exhibits came to be considered by the Court, and the Court, having read the Motion, is of the opinion that said Motion should be granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to Withdraw Trial Exhibits is GRANTED, and that Plaintiff's counsel shall make arrangements with the District Clerk's Office for delivery of said trial exhibits.

SIGNED FOR ENTRY this 12th day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE